**St. Elizabeth PHYSICIANS**

October 4, 2021

Amy DiChiara, M.D.
**Via Hand Delivery ONLY**

*Re: Termination of Employment with Summit Medical Group, Inc. dba St. Elizabeth Physicians*

Dr. DiChiara:

This letter shall serve as written notice that Summit Medical Group, Inc. dba St. Elizabeth Physicians ("SEP") is terminating your Employment Agreement dated January 1, 2013, as amended by the First Amendment to Employment Agreement dated January 1, 2015, and by the Second Amendment To Employment Agreement dated January 1, 2017 (collectively the "Agreement"), for cause pursuant to Sections 10.2(h), 10.2(m), 10.2(n) and 10.2(q) of the Agreement. The bases for the termination of the Agreement are set forth as follows.

Electronic forms of communication, including email, are the property of SEP pursuant to the Electronic Forms of Communication and Information Policy and Section 106 of the Associate Handbook. By disclosing internal emails between us and between you and Garren Colvin to an outside third party without consent or authorization, which emails are the property of SEP, you misappropriated SEP property. Accordingly, SEP is terminating your Agreement for cause pursuant to Section 10.2(h).

Your afore-described conduct violated the Electronic Forms of Communication and Information Policy because the disclosure of the emails was not for appropriate business purposes, and further, was for a purpose that is contrary to SEP's best interests. Your conduct also violated Section 103 of the Associate Handbook as well as your Confidentiality/Non-Disclosure Agreement because the disclosure constituted the disclosure of private and confidential information pertaining to other associates and the business information of SEP. Your conduct also violated Section 106 of the Associate Handbook because you did not use said emails properly or in an appropriate way to meet the standards of your position. Accordingly, SEP is terminating your Agreement for cause pursuant to Section 10.2(m).

Your unauthorized disclosure of the subject emails to a law office which already had sued SEP and which was actively preparing to sue SEP again, and which emails related to the subject matter of the lawsuits, constituted disruptive and unprofessional conduct on your part. Accordingly, SEP is terminating your Agreement pursuant to Section 10.2(n).

Your afore-described conduct constituted a breach of your duty of loyalty owed to SEP. Accordingly, SEP is terminating your Agreement pursuant to Section 10.2(q).

Finally, it would appear you have been less than forthcoming during SEP's investigation of the foregoing matters. You represented in your "Letter of Apology" dated September 5, 2021, that you had intended your communications with the subject law firm to be confidential. However, in an email attached to the complaint filed by the law firm, you apparently had advised the recipient of that email, "Feel free to share widely." We can only presume this email was sent to a representative of said law firm, although we cannot confirm that fact due to your refusal to provide us with unredacted copies of the emails, as we have requested.

The foregoing is based upon information currently available to SEP and is not intended to, and does not, waive or limit SEP's rights under the Agreement in any manner, including SEP's right to supplement or amend the stated bases for termination of the Agreement as additional information becomes known.

In accordance with the above and Section 10.2 of the Agreement, the termination of the Agreement and your employment with SEP is effective immediately.

Regards,

_____
Robert Prichard, Jr., M.D.
St. Elizabeth Physicians
President and Chief Executive Officer