

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Cincinnati Area Office**
550 Main Street, Suite 10-191
Cincinnati, OH 45202
(513) 914-6007
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 08/18/2022

**To:** Amy DiChiara
10011 Meiman Dr
Union, KY 41091

Charge No: 473-2022-00055

EEOC Representative and email:    Amy Trzop-Vos
Investigator
Amy.Trzop-Vos@eeoc.gov

---

### DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 473-2022-00055.

On behalf of the Commission,

Digitally Signed By: Michelle Eisele/atv
08/18/2022

Michelle Eisele
Indianapolis District Director

**Cc:**
Nicholas Birkenhauer
DBL Law
207 THOMAS MORE PKWY
Crestview Hills, KY 41017

Joseph Rectewnwald
1 Medical Village Dr
Edgewood, KY 41017

Christopher Wiest
Attorney
25 Town Center Blvd Ste 104
Crestview Hills, KY 41017

**Please retain this notice for your records.**