IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| DR. AMY DICHIARA | : | |
| | : | |
| Plaintiff, | : | Case No. 2:22-cv-00111-WOB-EBA |
| | : | |
| v. | : | Judge William O. Bertelsman |
| | : | |
| SUMMIT MEDICAL GROUP, INC., et al. | : | |
| | : | |
| Defendants. | : | |

## AGREED ORDER FOR EXTENSION OF TIME
## TO RESPOND TO THE COMPLAINT

By agreement of the parties, and the Court being in all ways sufficiently advised, IT IS HEREBY ORDERED that Defendants shall have an additional seven (7) days, up to and including September 27, 2022, to file an Answer or otherwise respond to Plaintiff's Complaint.

SO ORDERED this ___ day of September, 2022.

**Have Seen and Agreed:**

/s/ Christopher Wiest
Christopher Wiest, Esq.
CHRIS WIEST, ATTY AT LAW, PLLC
25 Town Center Blvd., Suite 104
Crestview Hills, Kentucky 41017

Thomas B. Bruns, Esq.
BRUNS, CONNELL, VOLLMER, ARMSTRONG
4555 Lake Forrest Drive, Suite 330
Cincinnati, Ohio 45242
*Counsel for Plaintiff*

/s/ Mark D. Guilfoyle
Mark D. Guilfoyle, Esq.
Nicholas C. Birkenhauer, Esq.
Michael J. Enzweiler, Esq.
DRESSMAN BENZINGER LAVELLE PSC
109 East Fourth Street
Covington, Kentucky 41011
*Counsel for Defendants*