UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CIVIL ACTION NO. 2:22-CV-00111-WOB-EBA

DR. AMY DICHIARA,                                                                                    PLAINTIFF,

V.                                                       **ORDER**

SUMMIT MEDICAL GROUP, INC., *et al.*,                                              DEFENDANTS.

\*\*\* \*\*\* \*\*\* \*\*\*

The parties have filed an Agreed Order for Extension of Time to allow the Defendants seven (7) additional days to respond to Plaintiff's Complaint. The parties having agreed, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the parties' Agreed Order is **GRANTED**. The Defendants shall have to and including **September 27, 2022** to file an Answer or otherwise respond to Plaintiff's Complaint.

Signed September 21, 2022.

