# EXHIBIT 1

Monday, August 16, 2021.

Dear Mr. Garren Colvin, Dr. Robert Prichard, and the Board of St. Elizabeth Healthcare:

This letter is an appeal for you, representing St. Elizabeth Healthcare and St. Elizabeth Physicians, to reconsider the recent COVID-19 vaccine mandate imposed on all your employees to complete this new COVID-19 "vaccine" series by October 1, 2021. While there are many approaches one can discuss on this matter, I wanted to focus my appeal by grounding it in scientific, medical information.

This document is intended to be seen as a professional document, focused on my medical and scientific concerns as a physician. I believe I am doing my professional duty to inform the St. Elizabeth system of the current medical literature on this topic so that our system can be best served. This document is not to be construed to represent my personal, individual beliefs re: personal vaccination.

My appeal is for St. Elizabeth Healthcare/Physicians to:
    (1) Base decision-making on the actual scientific, factual information (of which I intend to highlight here)—not presumptions, assumptions, hopes, nor bureaucratic declarations.
    (2) Base decision making on reasoning and rationality—not fear and financial nor political pressure, nor just following the loudest voice(s),
    (3) Uphold the Physician's Oath of, "First, Do No Harm."
    (4) And ultimately, change the tide in your approach to this issue by being a Leader in our region (of which I have suggestions).

This document contains a lot of detail. This is a complex issue with a lot of confusing, mixed information out there. For this reason, I wanted to take the time to reference my statements so that you can see it is rooted in scientific information and not empty rhetoric and emotional appeals. It is my hope that you would take the time to check out these resources—even follow the links embedded in the document, so you can feel comfortable and confident in making the changes needed.

Quickly, I would like to define a couple terms, as there often appears to be a lot of confusion and interchange of these definitions:
-   **SARS CoV-2** is the virus that causes the infection. (For ease, I may refer to this at times in this document as "the virus").
-   **COVID-19** is the name of the clinical disease and manifestation of symptoms brought upon by the SARS-CoV-2 virus.
-   **Vaccine** - these COVID-19 "vaccinations" are not vaccinations as we have ever defined vaccination before. Historically, a vaccination was inoculating the patient with the pathogen, live or attenuated, or a portion of the pathogen. Subsequently, the host's immune system mounts an immune response as it best sees fit. These COVID-19 injections are actually rebranded as a vaccine. Sure, it induces an immune response, but instead of the pathogen being injected, a protein genetic code is injected in the form of

mRNA via a viral vector, forcing the body to create a foreign protein representing a small component of the pathogen's proteome. Subsequently, the host's immune system is allowed to respond. This falls under the definition of "gene therapy," as defined by the FDA[1]. While, these COVID-19 "vaccinations" are really gene-therapy, for the sake of this document, I will refer to it as a "vaccine" so as not to be too contentious throughout this discussion. But, I simply want to call to attention that although I will use this term, "vaccine," these inoculations are markedly different from any other human vaccination to-date and best fits under the classification of "gene therapy."

MIT Study: Individuals with vaccine Hesitancy (re: COVID-19 vaccinations) are "Highly Informed, Scientifically Literate," and "Sophisticated. They are critical about the data sources, and are not "anti-Science."[2]

Before starting, I do want to acknowledge that we are seeing overall clinical benefit in vaccination in that the large majority of patients being hospitalized at this time are unvaccinated patients. And although there are still some breakthrough cases of vaccinated patients being hospitalized, the overall number is low and lower than the unvaccinated. We can be in agreement on this.

## OUTLINE:
Here is the quick outline of what I would like to cover. I then go further into more detail providing support and explanation for these statements.

### I. Elaboration of My Scientific Concerns:
**(1) This vaccine does not do what St. Elizabeth Healthcare/Physicians thinks or claims it does. It does NOT prevent the transmission of SARS-CoV-2 virus. This is especially true with the Delta variant.**

**(2) Natural immunity is equal, if not superior to vaccination. Not allowing any concessions for previous immunity is not scientifically sound.**

---

[1] "Human gene therapy seeks to modify or manipulate the expression of a gene or to alter the biological properties of living cells for therapeutic use. Gene therapy is a technique that modifies a person's genes to treat or cure disease. Gene therapies can work by several mechanisms:

- Replacing a disease-causing gene with a healthy copy of the gene
- Inactivating a disease-causing gene that is not functioning properly
- Introducing a new or modified gene into the body to help treat a disease
- ... There are a variety of types of gene therapy products, including: . . . **Viral vectors:** Viruses have a natural ability to deliver genetic material into cells, and therefore some gene therapy products are derived from viruses. Once viruses have been modified to remove their ability to cause infectious disease, these modified viruses can be used as vectors (vehicles) to carry therapeutic genes into human cells."

-From: https://www.fda.gov/vaccines-blood-biologics/cellular-gene-therapy-products/what-gene-therapy (From 07/25/2018; Accessed July 13,2021).

[2] http://vis.csail.mit.edu/covid-story/ The Data Visualizations Behind COVID-19 Skepticism
Research By Crystal Lee, Tanya Yang, Gabrielle Inchoco, Graham M. Jones, and Arvind Satyanarayan
Interactive Article By Crystal Lee, Jonathan Zong, Anna Arpaci-Dusseau, Katherine Huang, Mateo Monterde, Ethan Nevidomsky, Tanya Yang, Anna Meurer, Soomin Chun, and Arvind Satyanarayan
March 1, 2021

**(3) There are many Safety Concerns regarding the current vaccinations:**

(i) mRNA encodes for the Spike protein of the virus, this is, unfortunately, the part of the virus that causes the pathogenic effect in its host.

(ii) mRNA and spike protein injected does not stay at or near the injection site and nearby lymphatics like has been thought to be the case of other vaccines.  Accumulates in ovaries, crosses blood-brain barrier.

(iii) There may be some homogeny of the Spike protein to native human tissue (ie: placental tissue), and antibodies created could potentially be a simultaneous target to placental tissue. This is an unknown—it has not been adequately studied.  However, there are several legitimate scientists that have put out a call to action to investigate this.  We do not know what we do not know.

(iv) Numbers reported to VAERS are astonishing.  The numbers reported far surpass the adverse reactions reported for any other vaccine to-date.  The CDC admits they do not have the personnel nor updated technology to adequately follow-up and investigate these reports.

(v) Numerous anecdotal reports of significant and severe adverse events.  In the absence of robust, systematic, open and transparent reaction monitoring, all we have is anecdotal reports.
  - Just within this system: Physician with lower extremity paralysis started about 4 hours after her second Moderna vaccine.  This resolved about 12 hours later.  Went to the ER for steroid shot.  Long-term sequela, new asthma in this very active, very fit individual.
  - Similar reports in 1 NP with left sided paralysis that lasted about 12 hours.  Did not go to the ER; did not seek medical care.
  - Another NP with lower extremity paralysis.  This also resolved in 12 hours.
  - Numerous dermatologic issues.

(vi) Mechanism of action of adverse events is postulated to be related to Spike-protein's systemic and inflammatory effects and microthrombosis as is seen in COVID-19 disease combined with the distribution of the spike protein and/or antibodies generated throughout the body.

**(4) Widespread vaccination using a non-sterilizing vaccine (vs. targeted population to most vulnerable) during a widespread Pandemic may be contributing to the development of variants.**

**(5) There are promising options for inexpensive, easily accessible treatment that can, and should, be initiated in the outpatient.**

**(6) No long-term (ie: 1-3 years) information on safety outcomes.**

**II.  Additional Questions**
**III.  Suggestions on How to Address Policy Change**

## Elaboration*:

*Note: I quote many studies here of which I have all reviewed. There is a lot of information in each of these studies. Each individual study may illustrate multiple points, and the authors may draw specific conclusions—some of which are supported in their study, others also may be their own opinion and conjecture of potential implications. This document is not exhaustive, and I do not cite all the "points" made in each article. I try to stay focused on the particular element being discussed. I try to be balanced and state some limitations that are applicable to the relevant issue at hand. I simply want to state that I acknowledge there are other points made in these papers being referenced; I am just unable to mention everything and try to stay focused on point I am trying to support.*

**(1) **This vaccine does not do what St. Elizabeth Healthcare/Physicians thinks or claims it does. It does NOT stop the transmission of the SARS-CoV-2 virus. This is especially true with the Delta variant.****

St. Elizabeth Healthcare/Physician's letter states: "vaccines will provide strong protection against unintentionally carrying the virus to work and spreading it to patients and peers."

- What is the <u>data</u> for this statement?
- In my research, medical, and scientific understanding, <u>the opposite of this is true.</u>
- **This next point is the BIGGEST, scientific misinformation that has been misleading and propagated among media, government officials, and is very IMPORTANT to clarify.**
- <u>Current COVID-19 vaccines are non-sterilizing.</u>[3] Meaning, these vaccines do not PREVENT infection and transmission of the SARS-CoV-2 virus. It was not designed nor studied to evaluate this. The vaccines were designed to decrease severity of the clinical disease of COVID-19, but it does not prevent infection.
  - o Ideal immune response is "sterilizing" = it completely protects against a new infection and does not allow the virus to enter the cell and replicate at all and, therefore, prevent viral shedding.[4] (Examples of sterilizing vaccines: MMR, Varicella, OPV in immune competent individual).
  - o "Non-sterilizing" vaccines – permit the virus to infect cells, therefore viral replication and shedding can occur, and infection can spread to others. Acts more as prophylactic therapy that acts to reduce or eliminate symptomatic disease. (Ex: all COVID-19 vaccinations, influenza vaccination, injected polio).
    - ▪ Don't know you are sick, virus is replicating and shedding, more likely to unknowingly spread the infection to others.
  - o COVID-19 vaccines create IgG specific immunity in the serum, but it does not create IgA antibodies needed at the mucosal surface to prevent infection.[4]
  - o This point is not a surprise to vaccine developers. If you look closely at the vaccine study, they intentionally did NOT test any recipients of the vaccine for asymptomatic infection. They only tested patients who developed a significant illness. This is also the same reason why the CDC decided May 2021 to stop testing

---

[3] Denninger , Karl. Covid Vaccines are Non-Sterilizing. https://wentworthreport.com/2021/08/06/covid-vaccines-are-non-sterilizing/
[4] Jacobs, John. Non-sterilising mucosal immunity, Jan 4, 2021. https://hartblik.weebly.com/non-sterileimmune.html

vaccinated patients in the community for infection because viral infection is actually quite common in vaccinated individual.[5]

o Media and Pharma has capitalized on the common-person's misunderstanding and easy confusion of the terms "SARS CoV-2 virus" and "COVD-19" which has become interchangeable words in day-to-day conversation, but actually have different meanings. So "95% effective at preventing COVID-19"—most people understood this to mean preventing infection, which is false. Vaccines were found to prevent symptomatic illness, not infection.

   ▪ This misunderstanding is one big reason non-medical individuals, celebrities, personalities are very upset that they are told to mask back up despite being vaccinated. They thought vaccination would keep them from spreading the virus, thus prevent the need for wearing a mask.

o Again, there is a difference between "sterilizing immunity" (prevents a pathogen establishing infection: invading host's cells and replicating) vs "effective immunity" (prevent illness but still lead to asymptomatic infection).

   ▪ Influenza vaccination is an example of effective immunity.[6]

- This is not new information. Per November 2020 Medscape interview[7]:

   "Scientists involved in oversight of the Operation Warp Speed COVID-19 vaccine trials are tempering excitement about efficacy, noting that the studies haven't shown yet whether the products can prevent transmission of the SARS-CoV-2 virus. . . .

   'We don't know if people can become infected and thus also transmit even with vaccination,' said former US Food and Drug Administration Commissioner Margaret Hamburg, MD, in a November 18 briefing on COVID-19 vaccines sponsored by the American Public Health Association (APHA) and the National Academy of Medicine (NAM).

   For that reason and others — including if there isn't significant uptake of vaccine — 'people can expect to still be wearing masks, still be asked to follow non-pharmaceutical public health measures that we've all come to know so well,' she said.

   'It may take a year or more to get the studies to answer the transmission question, said Larry Corey, MD, who helps oversee the vaccine trials as part of the National Institutes of Health's (NIH's) COVID-19 Prevention Network.'[7]

---

[5] https://www.newsweek.com/why-did-cdc-stop-counting-mild-asymptomatic-breakthrough-covid-cases-1616802

[6] Choi A, Ibañez LI, Strohmeier S, Krammer F, García-Sastre A and Schotsaert M (2020) Non-sterilizing, Infection-Permissive Vaccination With Inactivated Influenza Virus Vaccine Reshapes Subsequent Virus Infection-Induced Protective Heterosubtypic Immunity From Cellular to Humoral Cross-Reactive Immune Responses. Front. Immunol. 11:1166. doi: 10.3389/fimmu.2020.01166

   - "In the absence of neutralizing antibodies, there are other mechanisms that contribute to protection against influenza-related disease. Cytotoxic T lymphocytes, non-neutralizing antibodies, and innate immune responses . . . [a]lthough protective from disease, these immune responses are often infection-permissive. Because they do not fully neutralize the virus, viral replication still occurs and virus-host interactions can be initiated." Experimentation demonstrates single-dose influenza vaccine to mice prevented significant disease, inflammation, and pathologic tissue damage while still detecting virus in the lungs. And, the virus detected was the result of replication, not the initial inoculum. Thus, infection-permissive.

[7] Ault, Alicia. Can a COVID-19 Vaccine Stop the Spread? Good Question. November 20, 2020. [https://www.medscape.com/viewarticle/941388] Accessed August 17,2021.

- August 6th, 2021, CDC director Rochelle Walensky publicly announced that COVID vaccines do NOT prevent transmission and that someone vaccinated can unknowingly pass on asymptomatic infection to someone else (and is the reason for universal masking recommendations).[8]
    - o **Dr. Rochelle Walensky:** Our vaccines are working exceptionally well. They continue to work well for Delta in regard to severe illness and death being prevented. **But what they can't do anymore is prevent transmission.** So, if you are going home to somebody who has not been vaccinated [or is immunosuppressed, frail, or with comorbidities], I would suggest you [who are vaccinated] wear a mask in public indoor settings.
    - o **Wolf Blitzer (CNN):** Especially if there is a breakthrough case, you get COVID, you are fully vaccinated, but you are totally asymptomatic, you can still pass on the virus to someone else, is that right?
    - o **Dr. Rochelle Walensky:** That's exactly right, and that's where our masking recommendation came from.
    - o **Wolf Blitzer (CNN):** So important, these masks.
- Recent data from England shows vaccine effectiveness in preventing infection is decreased with Delta variant[9]:
    - o Stratified community population in England (100-150K) followed monthly with self-administered RT-PCR testing and survey questionnaire (REACT-1 study) to assess virus prevalence.[10]
    - o Observed an exponential growth of SARS-CoV-2 infection between May 20 to July 12, 2021 despite having one of the highest adult vaccination rates internationally with a doubling time of about 17 days. From these 2 time periods, Delta variant prevalence went from 78.3% (rest were Alpha) to 100% Delta for 6/24 to 7/12/2021 time period.[11]
    - o Of the + swabs for infection, <u>44% of the infections were in the vaccinated group</u>! This is nearly half!
    - o This study calculated vaccine effectiveness in preventing infection to be only 49% during the time of 100% Delta prevalence. [*Note: can't necessarily say the vaccine*

---

[8] https://www.realclearpolitics.com/video/2021/08/06/cdc_director_vaccines_no_longer_prevent_you_from_spreading_covid.html#!

[9] Elliot P, Haw D, Wang H, et al. REACT-1 round 13 final report: exponential growth, high prevalence of SARS-CoV-2 and vaccine effectiveness associated with delta variant in England during May to July 2021. 4 August 2021.
[Preprint] www.imperial.ac.uk/medicine/research-and-impact/groups/react-study/real-time-assessment-of-community-transmission-findings.
- Prevalence of infection in vaccinated went from 0.07% to 0.40% compared to 0.24% to 1.21% in unvaccinated. The ratio of infections between vaccinated and unvaccinated remained the same.

[10] Riley S, Atchison C, Ashby D *et al.* REal-time Assessment of Community Transmission (REACT) of SARS-CoV-2 virus: Study protocol [version 2; peer review: 2 approved]. *Wellcome Open Res* 2021, 5:200 (https://doi.org/10.12688/wellcomeopenres.16228.2)

[11] Elliot P, Haw D, Wang H, et al. REACT-1 round 13 final report: exponential growth, high prevalence of SARS-CoV-2 and vaccine effectiveness associated with delta variant in England during May to July 2021. 4 August 2021.
[Preprint] www.imperial.ac.uk/medicine/research-and-impact/groups/react-study/real-time-assessment-of-community-transmission-findings.
- Prevalence of infection in vaccinated went from 0.07% to 0.40% compared to 0.24% to 1.21% in unvaccinated. The ratio of infections between vaccinated and unvaccinated remained the same.

> *"prevented infection"* as do not have data of exposure risks, and testing was only monthly.]

- o There was 59% vaccine effectiveness against symptomatic infection of COVID-19 (fever, loss or change of sense of smell or taste, new persistent cough).
- o Therefore, **41% of these positive infections in vaccinated patients were asymptomatic.**
- Barnstable County, Massachusetts SARS-CoV-2 outbreak in July 2021 after multiple large indoor and outdoor events; 469 new cases.[12]
    - o 74% of COVID-19 cases were in fully vaccinated individuals.
    - o Of those sequenced, 90% from Delta variant.
    - o 4 of the 5 hospitalized were those vaccinated.  No deaths.
    - o RT-PCR swabs of 127 vaccine breakthrough cases had similar cycle threshold (Ct) values to 84 unvaccinated (median= 22.77 and 21.54, respectively).  This suggests similar viral load in nasopharynx and similar ability to transmit infection.
- Wisconsin study found NO difference in viral load (Ct) among vaccinated vs unvaccinated individuals getting testing done at 1 lab between 6/28 to 7/31/21.  Study limitation is clinical status of individuals, reason and timing of testing, and self-selection bias.[13]
    - o 39% of positives among fully vaccinated in Dane County, WI.  Small sampling—88% Delta.
    - o Including other counties, 27.1% positives in fully vaccinated.  However, 83% viral loads with Ct<30; 33% vaccinated with viral loads Ct<20 suggesting very high viral loads.
    - o Virus infectivity was correlated to cytopathic effects in viral culture after 5 days of replication (Figure 2)[14].
    - o "These data suggest that a substantial proportion of individuals with SARS-CoV-2 vaccine breakthrough infections during our study period have levels of SARS-CoV-2 RNA in nasal secretions that are consistent with the ability to transmit the virus to others."
    - o "Policies that create a dichotomy between vaccination and routine testing should be re-evaluated."

[12] Brown CM, Vostok J, Johnson H, et al. Outbreak of SARS-CoV-2 Infections, Including COVID-19 Vaccine Breakthrough Infections, Associated with Large Public Gatherings — Barnstable County, Massachusetts, July 2021. MMWR Morb Mortal Wkly Rep 2021;70:1059-1062. DOI: http://dx.doi.org/10.15585/mmwr.mm7031e2external icon.

- Among the 469 cases in Massachusetts residents, 346 (74%) occurred in persons who were fully vaccinated; of these, 301 (87%) were male, with a median age of 42 years. Vaccine products received by persons experiencing breakthrough infections were Pfizer-BioNTech (159; 46%), Moderna (131; 38%), and Janssen (56; 16%); among fully vaccinated persons in the Massachusetts general population, 56% had received Pfizer- BioNTech, 38% had received Moderna, and 7% had received Janssen vaccine products.
- Massachusetts residents had 69% vaccination coverage among those eligible.

[13] Kasen K. Riemersma, Brittany E. Grogan, Amanda Kita-Yarbro, Peter Halfmann, Anna Kocharian, Kelsey R. Florek, Ryan Westergaard, Allen Bateman, Gunnar E. Jeppson, Yoshihiro Kawaoka, View ORCID ProfileDavid H. O'Connor, View ORCID ProfileThomas C. Friedrich, Katarina M. Grande. Shedding of Infectious SARS-CoV-2 Despite Vaccination when the Delta Variant is Prevalent - Wisconsin, July 2021. Version 3, August 11, 2021. https://doi.org/10.1101/2021.07.31.21261387
[14] Kasen K. Riemersma, Brittany E. Grogan, Amanda Kita-Yarbro, Gunnar E. Jeppson, David H. O'Connor, View ORCID ProfileThomas C. Friedrich, Katarina M. Grande. Vaccinated and unvaccinated individuals have similar viral loads in communities with a high prevalence of the SARS-CoV-2 delta variant. Version 2, July 31, 2021. https://doi.org/10.1101/2021.07.31.21261387

- Vaccinated individuals with breakthrough cases by Delta variants had a high viral load (low Ct), not significantly different than unvaccinated patients with COVID-19 from Delta in Houston, TX.[15]
  - o Supports finding that fully vaccinated can transmit SARS-CoV-2 to others (given high viral load in nasopharynx).
  - o Admittedly, doesn't assess for viral clearance day-to-day.
- There is 3-fold reduced sensitivity of antibody neutralization to SARS-CoV-2 B.1.617.2 (Delta variant) in vaccinated individuals compared to Alpha variant (and 16-fold reduction for Beta). The Delta variant contains diverse mutations in the N-terminal domain (NTD) and the receptor-binding domain (RBD) of the SARS-CoV-2 spike protein. This study suggests the spread of the Delta variant is associated with escape from antibodies that target non-RBD and RBD epitopes of the spike protein.[16]
- Some PCR studies[17] do suggest that vaccinated individuals will clear the virus and decrease the shedding earlier than unvaccinated individual, but VIRAL SHEDDING is STILL HAPPENING in the vaccinated individual. (Side note—this study is unable to differentiate from live, infectious virus vs infectious virus.)
  - o Viral loads in Delta variant SARS-CoV-2 (RT-PCR Ct) similar between vaccinated ("breakthrough") and unvaccinated groups at diagnosis, but viral loads did decrease faster in unvaccinated individuals as measured by RT-PCR Ct.[17]
- Cevik et al.[18] meta-analysis on viral dynamics and RNA shedding of vial virus in SARS-CoV, SARS-CoV-2, and MERS. SARS-CoV-2 viral load peaked within 1st week after symptom onset (sooner than other 2) with highest risk of transmission very early in disease course (a few days before & within 5 days of symptom onset).
  - o Although SARS-CoV-2 may have prolonged RNA shedding up to 83 days in upper respiratory tract, no live virus was isolated from culture beyond day 9 despite persistently high viral RNA loads.
  - o Viral loads similar b/w asymptomatic and symptomatic individuals with SARS-CoV-2, but faster viral clearance among asymptomatic.

[15] James M. Musser, Paul A. Christensen, Randall J. Olsen, S. Wesley Long, Sishir Subedi, James J. Davis, Parsa Hodjat, Debbie R. Walley, Jacob C. Kinskey, Jimmy Gollihar. Delta variants of SARS-CoV-2 cause significantly increased vaccine breakthrough COVID-19 cases in Houston, Texas. medRxiv 2021.07.19.21260808; doi: https://doi.org/10.1101/2021.07.19.21260808

- Sampled 85% of 5,756 COVID-19 cases b/w 3-15-21 to 7-24-21. 22.7% Delta variant. Eventually, Delta became supermajority (93.7%) of cases.
- 8.4% (414/4920) considered vaccine breakthrough cases. This does mean 88.6% of cases were unvaccinated. Vaccinated patients with COVID-19 did have less hospitalization compared to unvaccinated (all variants): (35.5% vs 52.9%).
- Breakthroughs: Pfizer: 85%, Moderna: 11%, J&J: 2%.
- Higher vaccine breakthrough for Delta: 17.4% vs 5.8%.
- Delta variant vs other variants had less ventilation requirement (5.9% vs 8.1%), less death (1.3% vs 4.0%), less hospitalization (40.9% vs 54.6%)

[16] Planas, D., Veyer, D., Baidaliuk, A. et al. Reduced sensitivity of SARS-CoV-2 variant Delta to antibody neutralization. Nature 596, 276–280 (2021). https://doi.org/10.1038/s41586-021-03777-9

[17] Po Ying Chia, Sean Wei Xiang Ong, Calvin J Chiew, Li Wei Ang, et al. Virological and serological kinetics of SARS-CoV-2 Delta variant vaccine-breakthrough infections: a multi-center cohort study. medRxiv 2021.07.28.21261295; doi: https://doi.org/10.1101/2021.07.28.21261295

[18] Muge Cevik, Matthew Tate, Ollie Lloyd, Alberto Enrico Maraolo, Jenna Schafers, Antonia Ho. SARS-CoV-2, SARS-CoV, and MERS-CoV viral load dynamics, duration of viral shedding, and infectiousness: a systematic review and meta-analysis. Lancet Microbe 2021; 2: e13–22. https://doi.org/10.1016/S2666-5247(20)30172-5

The above scientific data as well as statements from the CDC directly contradicts the statement St. Elizabeth Healthcare/Physicians has made that "vaccines will provide strong protection against unintentionally carrying the virus to work and spreading it to patients and peers." Perhaps the individuals making this policy with St. Elizabeth Healthcare were unaware of this information and data when making this policy.  Admittedly, it has only been in the last 2 weeks that this information has been made more public and more widely known, and likely after this policy decision was made by St. Elizabeth Healthcare/Physicians.  (Ex: Email went out to associates 8/5/21 at 7:12am and Dr. Walensky's statement came out 8/6/21.)

We can agree that to-date, on a population-basis, it appears that vaccination has been effective in preventing COVID-19 hospitalization in that a vast majority of patients in this region who are hospitalized are those who are unvaccinated.  The proper way to interpret this information and the information I presented above is that to-date, current COVID-19 vaccinations are <u>an effective therapeutic for the individual</u>.  Based on the information presented above, <u>we cannot say that vaccination PREVENTS spreading infection to our patients/colleagues/neighbors</u> (*perhaps vaccination may \*decrease\* viral shedding in comparison to the unvaccinated, the difference appears to be a difference of 2-4 days, and the unvaccinated would be more likely to have symptoms by that point and be able to be quarantined while the vaccinated may remain asymptomatic and find no reason to quarantine, making the potential practical difference in rate of viral shedding b/w the vaccinated and unvaccinated individual to the public be nil*).  <u>We **can** say that vaccination protects the individual from significant disease from COVID-19, even though imperfect with the Delta variant</u>.

Since the current COVID-19 vaccinations are effective for the individual, but not preventative in a population-transmissibility basis, I do not see a legitimate scientific reason for St. Elizabeth Healthcare/Physicians to mandate vaccination for all employees, staff, and volunteers.  To date, SEH/SEP has not mandated any therapeutics that benefit the individual. Ie: we don't require proof of daily insulin compliance in the diabetic to prevent hospitalization for DKA or other diabetes-related complications.  We don't mandate compliance with antihypertensives, statins, nor daily aspirin to prevent hospitalizations and death from cardiovascular disease, heart attacks, nor strokes.  We encourage good health practices and would encourage following the recommendations of their treating physicians, but we don't mandate on the individual level.  Ultimately, in a free country, the individual has to decide if they are going to comply with the sound medical advice they have been given or not.  If the current COVID-19 vaccinations were actually sterilizing, actually preventing of viral cell invasion of the host, and thus truly preventative of infection and spread, then it would make more sense for potential mandate in the healthcare setting.  But since the current COVID-19 vaccinations are infection-permissive, mandating vaccination (and the reasons cited for doing so) is not consistent with sound scientific information.  **Therefore, it is on this main point, that I urge St. Elizabeth Healthcare/Physicians to reconsider their COVID-19 vaccine mandate policy.**

If the above is not enough for you to reconsider your policy, then I have the following points in decreasing importance/relevance:

**(2) Natural immunity is equal, if not superior to vaccination.  Not allowing any concessions for previous immunity is not scientifically sound.**

- First off, vaccine development has always been modelled after natural immunity. Vaccine creators study natural immunity to the greatest detail and try to artificially recreate a similar response but without significant symptomatic or pathologic disease.

- Prior exposure to SARS-CoV-2 creates a broad immune response generated towards SARS-CoV-2 targeting different epitopes within separate proteins in the viral proteome, irrespective of severity of infection (ie: asymptomatic, mildly symptomatic, or hospitalized)[19].

- Vaccine-antibody resistance observed for variants B.1.1.7 (alpha) and B.1.351 (beta)[20]:
  - These variants and other reported variants of concern have "extensive mutations in the spike protein."

- Those with previous mild to moderate COVID-19 infection found to have effective antibodies against the emerging variants of concern (VOC), including: B.1.1.7 (Alpha), B.1.351 (Beta), B.1.427, B.1.429, B.1.526, P.1 (Gamma), P.2, B.1.617.1, and B.1.617.2 (Delta)[21]:
  - "Our study demonstrates that convalescent subjects previously infected with ancestral variant SARS-CoV-2 produce antibodies that cross-neutralize emerging VOCs with high potency. Structural and functional analyses reveal that antibody breadth is mediated by targeting a site of vulnerability at the RBD tip offset from major mutational hotspots in VOCs.

- Expect T-cell cellular immunity with previous infection to be long-lasting.  T-cell immunity to SARS-CoV-1 known to persists for up to 6 to 11 years.[22][23]

- From a review on SARS-CoV-2 Immune responses and Immunity[24]:
  - "The vast majority of SARS-CoV-2–infected individuals seroconvert following SARS-CoV-2 infection. Reviews of the published literature indicate that >90% patients develop IgG seropositivity and neutralizing antibodies following primary infection, ranging between 91 and 99% in large studies. A scoping review performed by the Irish Health Information and Quality Authority (HIQA), to evaluate the long-term duration of immune responses following SARS-CoV-2

---

[19] Immunity to SARS-CoV-2 Independent of Severity of SARS-CoV-2 COVID-19 Infection. June 4, 2021. S.S. Nielsen et al. / EBioMedicine 68 (2021) 103410

[20] Wang P, Nair MS, Liu L, Iketani S, Luo Y, Guo Y, Wang M, Yu J, Zhang B, Kwong PD, Graham BS, Mascola JR, Chang JY, Yin MT, Sobieszczyk M, Kyratsous CA, Shapiro L, Sheng Z, Huang Y, Ho DD. Antibody resistance of SARS-CoV-2 variants B.1.351 and B.1.1.7. Nature. 2021 May;593(7857):130-135. doi: 10.1038/s41586-021-03398-2.

[21] Wang L, Zhou T, Zhang Y, Yang ES, Schramm CA, Shi W, et al. Ultrapotent antibodies against diverse and highly transmissible SARS-CoV-2 variants. Science. 2021 Aug 13;373(6556):eabh1766. doi: 10.1126/science.abh1766. Epub 2021 Jul 1. PMID: 34210892.

[22] Yang L-T, Peng H, Zhu Z-L, et al. Long-lived effector/central memory T-cell responses to severe acute respiratory syndrome coronavirus (SARS-CoV) S antigen in recovered SARS patients. Clinical immunology (Orlando, Fla) 2006;120 (2):171–8.

[23] Fang Tang, Yan Quan, Zhong-Tao Xin, Jens Wrammert, Mai-Juan Ma, Hui Lv, Tian-Bao Wang, Hong Yang, Jan H. Richardus, Wei Liu and Wu-Chun Cao. Lack of Peripheral Memory B Cell Responses in Recovered Patients with Severe Acute Respiratory Syndrome: A Six-Year Follow-Up Study. J Immunol June 15, 2011, 186 (12) 7264-7268
  - While no B cell antibody response was seen, 61% of SARS-recovered patients had memory T-cell response 6 years from infection.

[24] "Immune responses and immunity to SARS-CoV-2," European Centre for Disease Prevention and Control. https://www.ecdc.europa.eu/en/covid-19/latest-evidence/immune-responses

infection, identified five studies that investigated immune responses at ≥6 months post-infection, including two studies at ≥8 months post-infection.[25] In general, studies reported a waning of antibody responses in the late convalescent period (3–6 months post-infection). However, T-cell and memory B-cell responses were still present, and in many cases increased, up to eight months post-infection in all study participants.

- SARS-CoV-specific CD8 T cell responses targeting the SARS-CoV membrane (M) and nucleocapsid (N) found in convalescents at 9 and 11 years post-infection[26].
- Note: Both humoral immunity and cell-mediated immunity (CD8 T-cells especially) have important roles for vaccine-induced immunity for intracellular infections such as viruses. This discussion reviewed by Hellerstein[27]:
    - o T-cell responses have been better markers than antibody response after natural coronavirus infection.[26, 27]
    - o Yellow Fever and Smallpox vaccines illustrate this well.  They both generate effective and long-lived immune protection and both the following features of cellular immunity: "CD8 T-cells with broad specificity, high magnitude, polyfunctionality, high proliferative potential and long-term persistence."
- Grifoni et al. review of 25 different studies from 1,197 human subjects (870 COVID-19 and 327 unexposed controls) and report on the wide breath of T-cell epitope targets identified from natural SARS-CoV-2 infection.[28]
- "A total of 1,434 unique, non- redundant CD4 and CD8 epitopes have been defined, with the top 10 antigens accounting for 86% of the total. In these 10 most dominant antigens, a median of 87 epitopes (range of 33 to 396) is recognized. The data presented above demonstrates that T cell responses are multi-antigenic, with structural antigens being broadly recognized, but with other proteins such as nsp3, nsp12, ORF3a, and ORF8 also being vigorously recognized. Furthermore, data from Tarke et al.[29] show that each individual is conservatively estimated to recognize, on average, 19 different CD4 and 17 different CD8 epitopes."
- Overall, the data accumulated as of March 15, 2021, reveals that over 1,400 different SARS-CoV-2-derived peptide sequences are reported as being recognized by human T cell responses, and which consist of 382 CD4 and 1,052 CD8 epitopes based on the meta-analysis performed in this review.

[25] Health Information and Quality Authority (HIQA). Duration of immunity (protection from reinfection) following SARSCoV-2 infection - 8 March 2021. Dublin: HIQA; 2021. Available at: https://www.hiqa.ie/sites/default/files/2021-03/Duration-of-protective-immunity_Evidence-Summary.pdf

[26] Wing Ng, Adeline Chia, Anthony T. Tan, Ramesh S. Jadi, Hoe Nam Leong, Antonio Bertoletti, Yee-Joo Tan, Memory T cell responses targeting the SARS coronavirus persist up to 11 years post-infection, Vaccine, Volume 34, Issue 17, 2016, Pages 2008-2014, ISSN 0264-410X, https://doi.org/10.1016/j.vaccine.2016.02.063.

[27] Hellerstein M.  What are the roles of antibodies versus a durable, high quality T-cell response in protective immunity against SARS-CoV-2? Vaccine X. 2020 Dec 11;6:100076. doi: 10.1016/j.jvacx.2020.100076. Epub 2020 Aug 28. PMID: 32875286; PMCID: PMC7452821.

[28] Grifoni A, Sidney J,  Vita R, Peters B, et al., SARS-CoV-2 human T cell epitopes: Adaptive immune response against COVID-19. Cell Host & Microbe 29, July 14, 2021. (Review) https://doi.org/10.1016/j.chom.2021.05.010

[29] Tarke A, Sidney J, Kidd C.K, et al., Comprehensive analysis of T cell immunodominance and immunoprevalence of SARS-CoV-2 epitopes in COVID-19 cases. Cell Rep Med. 2021; 2: 100204. DOI: https://doi.org/10.1016/j.xcrm.2021.100204

- "The broader the T cell response, in terms of epitopes, the less likely viral escape becomes, because any individual epitope that can escape through viral mutation would represent a small fraction of the overall immunity and thus represent a small selective pressure. Given that SARS-CoV-2 is a large RNA virus, the breadth of the CD4 and CD8 T cell responses is not surprising, per se."[30]
- Indeed, it appears that SARS-CoV-2 T-cell immunity is not affected by mutations in the variants analyzed (B.1.1.7, B.1.351, P.1, and CAL.20C) by Tarke et al. for convalescent subjects and vaccinees of Moderna and Pfizer in the vast majority of CD4+ and CD8+ T cell epitopes.[31]
  - 93% and 97% of CD4+ and CD8+ are 100% conserved over these variants.

Clinical, real-world evidence, also supports that natural immunity from prior infection is indeed protective of future infection:

- Cohen et al.[32] prospectively followed 254 COVID-19 recovered patients from Seattle and Atlanta longitudinally for eight months (starting 4/2020) and found them to have durable, broad-based immune responses.
  - SARS-CoV-2 spike binding and neutralizing antibodies had a biphasic decay with an extended half life of >200 days and plateau suggesting the generation of longer-lived plasma cells.
  - Spike-specific IgG memory B cells persist (good for rapid antibody response upon reexposure).
  - Virus-specific CD4+ and CD8+ T cells are polyfunctional.
    - CD4+ T cells equally target several SARS-CoV-2 proteins
    - CD8+ T cells preferentially target the nucleoprotein (should consider this as a target for future vaccines).
- Prospective cohort study Vitale et al.[33] supports previous infection protective against reinfection. They looked at consecutive patients with testing b/w Feb to July 2020 in Lombard, Italy.:
  - Cohort of 1,579 patients with + RT-PCR (Ct<35) both symptomatic & asymptomatic followed
    - 280 day avg follow-up, only 5 reinfections (defined >90 d from initial infection): 0.31%. Only 1 hospitalized.
  - Cohort of 13,496 initially negative RT-PCR followed
    - 528 subsequently + primary infection: 3.9%
  - Incidence density per 100,000 person-days was **1.0 for reinfection vs 15.1 for new infections.**
    - The difference is remarkable.

[30] Grifoni A, Sidney J,  Vita R, Peters B, et al., SARS-CoV-2 human T cell epitopes: Adaptive immune response against COVID-19. Cell Host & Microbe 29, July 14, 2021. (Review) https://doi.org/10.1016/j.chom.2021.05.010

[31] Tarke et al., 2021, Cell Reports Medicine 2, 100355 July 20, 2021.  https://doi.org/10.1016/j.xcrm.2021.100355

[32] Cohen KW, Linderman SL, Moodie Z, et al. Longitudinal analysis shows durable and broad immune memory after SARS-CoV-2 infection with persisting antibody responses and memory B and T cells. Cell Rep Med. 2021;2(7):100354. doi:10.1016/j.xcrm.2021.100354

[33] Vitale J, Mumoli N, Clerici P, et al. Assessment of SARS-CoV-2 Reinfection 1 Year After Primary Infection in a Population in Lombardy, Italy. JAMA Intern Med. Published online May 28, 2021. doi:10.1001/jamainternmed.2021.2959

- Do not know how this data will apply to emerging variants of concern, however.
- Large, multicenter, prospective cohort study of healthcare workers studied in England enrolled from June 18, 2020 to Dec 31, 2020 and followed to Jan 11, 2021, SIREN study, suggests previous infection of SARS-CoV-2 provided effective immunity to re-infection [34]:
  - Positive cohort with + RT-PCR: 8,278 participants developed 155 infections by RT-PCR (>90 days from initial infection,)
    - Note: do not have Ct data on positive cohort to see if lower Ct as >30 can be a false positive.
  - Negative cohort: 17,383 developed 1704 new + RT-PCR infections.
  - The incidence density was 7.6 reinfections per 100,000 person-days in the positive cohort, compared with 57.3 primary infections per 100,000 person-days in the negative cohort.
  - Report previous SARS-CoV-2 infection provided a 84% risk reduction for reinfection (adjusted incidence rate ratio [aIRR] 0·159, (95% CI 0.13–0.19) and 93% risk reduction for those with symptomatic infections (aIRR 0.074, 0.06–0·10).
    - This could be an underestimation b/c 49% of the episodes of reinfection were asymptomatic. Ct mean 28.0, range 13-45. We now know that Ct>30 can be unreliable and low correlation to infectious virus and may be a contaminant.
  - The median interval between primary infection and reinfection was more than 200 days.

St. Elizabeth Healthcare/Physician's letter states: "These vaccines have been proven safe and effective at **providing long-lasting protection against COVID**" -- This is not supported in recent data, especially with the Delta variant:

**Natural immunity more robust immunity than COVID.[35]**
- Data from Israel supports:[36] of 7,000 new cases 5/2021 outbreak, >3,000 of these cases in vaccinated (Pfizer) patients: 40% vs 72 cases in those with previous infection (<1%).
  - Vaccinated Israelis >6.72 times more likely to get infected after vaccination than after natural infection:

---

[34] Hall VJ, Foulkes S, Charlett A, et al. SARS-CoV-2 infection rates of antibody-positive compared with antibody-negative health-care workers in England: large, multicentre, prospective cohort study (SIREN). *Lancet.* 2021; (published online April 9.) https://doi.org/10.1016/S0140-6736(21)00675-9

[35] Tarke A, Sidney J, Methot N, Zhang Y, Dan JM, Goodwin B, Rubiro P, Sutherland A, da Silva Antunes R, Frazier A, Rawlings SA, Smith DM, Peters B, Scheuermann RH, Weiskopf D, Crotty S, Grifoni A, Sette A. Impact of SARS-CoV-2 variants on the total CD4 + and CD8 + T cell reactivity in infected or vaccinated individuals. Cell Rep Med. 2021 Jul 20;2(7):100355.
  - No decreases in CD4 and CD* T cell reactivity in convalescent patients against ancestral strain & several variants of Spike protein AND variants in other protein antigens of the SARS-CoV-2 proteome.
  - Those receiving Pfizer/Moderna vaccines, no significant difference in CD4 and CD* T cell reactivity to ancestral & variants strains, EXCEPT, mild decreases (14%, 22%) against B.1.351 (Delta variant). Only looked at Spike protein, not other aspects of virus proteome.

[36] https://www.israelnationalnews.com/News/News.aspx/309762 [published July 13,2021]

- o Total of 835,792 Israelis known to have recovered from the virus, 72 instances of re-infection, 0.0086% incidence of people previously infected.
- o Vs. >3,000 cases of the 5,193,499 vaccinated Israelis, or 0.0578%.
- Study by Cho A, et al[37]:
    - o 5 months after COVID vaccination, individuals observed to have an average 4.7-fold decrease in mean neutralizing activity from their 2-month measurement. Neutralizing antibody activity inversely related with time from vaccination.
    - o Additionally, in vaccinated individuals, neutralizing activity against the variants was lower in the variants compared to the original Wuhan Hu-1 strain (looked at: B.1.351 (beta variant), B.1.1.7 (alpha variant), B.1.526 (first isolated in New York City), P.1 (gamma variant) and **B.1.617.2 (delta variant)**. It was 5.7, 1.8, 1.1, 1.4 and **2.7-fold lower** at **2 months**, then even lower at **5 months** by 1.8-, 2.3-, 2.9-, 2.4- and **2.6-fold**, respectively (2.9 lower for original).
    - o Looking at memory B cells which provide "rapid recall responses that contribute to long-term protection," convalescent patient had "greater potency and breadth than antibodies elicited by vaccination."
    - o No improvement in additional neutralizing activity in vaccinated individual 2 to 5 months after vaccination.
    - o Contrary, convalescents showed continued improvement between 1.3 and 6.2 months, some continued to improve further after 1 year (due to increased neutralizing activity in persisting clones).
    - o "We conclude that antibody evolution differs in convalescent and vaccinated individuals in that there is less affinity maturation and little increase in breadth between 2 and 5 months after mRNA vaccination."
- UK prospective study of 250 participants (median age 42 years, range 33-52) shows reduced vaccine efficacy (reduced neutralizing antibodies) against the Delta variant (B.1.617.2)[38]
    - o Delta variant has 12 mutations in its spike protein relative to Wuhan wild-type.
        - ▪ Lacks mutations at amino acid positions 501 or 484 in its ACE2 receptor-binding domain common associated with VOC (variants of concern) or escape from neutralizing antibodies (NAbs).
    - o Looked at median time after second vaccination dose of 28 doses from Pfizer vaccine.
    - o 3% had no NAb activity at all!
    - o 5.8 fold reduced neutralizing antibodies relative to wild-type.
    - o Efficacy was decreased over time for the variants—the further away from their second dose of vaccination (8-16 weeks)—decreased Neutralizing antibodies (NAbTs)

~~~~~~~~~~~

[37] Alice Cho1,*, Frauke Muecksch2,*, Dennis Schaefer-Babajew, et al. Antibody Evolution after SARS-CoV-2 mRNA Vaccination. July 29,2021. Preprint: https://doi.org/10.1101/2021.07.29.454333
[38] Wall EC, Wu M, Harvey R, et al. Neutralising antibody activity against SARS-CoV-2 VOCs B.1.617.2 and B.1.351 by BNT162b2 vaccination. *Lancet.* 2021;397(10292):2331-2333. doi:10.1016/S0140-6736(21)01290-3

At the very least, I suggest St. Elizabeth allowing concession to those who have evidence of previously having had COVID-19.  Demonstrated by a previous +PCR or antigen test for SARS-Cov-2 or positive antibodies or positive T-cell test (https://www.t-detect.com).

---

**(3) Many Safety Concerns**

   **(i) mRNA encodes for the Spike protein of the virus, this is, unfortunately, the part of the virus that causes the pathogenic effect in its host.**
   - Spike protein alone impairs endothelial function by downregulation of ACE 2, which is normally protective in the cardiovascular system, and results in inhibiting mitochondrial function.[39]
     - o When S protein ("Pseu-Spike") injected into hamsters, saw lung damage and inflammatory infiltration, altered mitochondria dynamics, and damage to vascular endothelial cells.

   **(ii) mRNA and spike protein injected does not stay at or near the injection site and nearby lymphatics like has been thought to be the case of other vaccines.  Accumulate in ovaries, crosses blood-brain barrier.**
   - The pharmaceutical drug companies (Pfizer, Moderna, J&J) did not report any pharmacodynamic studies of these vaccines as not required for vaccines in the U.S. (although required for drug approval).  The presumption is that the mRNA and proteins that are subsequently created stay at or near the injection site like has been thought to be the cause of other vaccines.
   - However, Japan demanded Pfizer to do pharmacodynamic studies in animals (mice, rats) prior to release in Japan.
     - o FOIA request enabled acquisition of this (partially redacted) report.[40]
     - o See table below and link for this report in Japanese.  See page 7 and 8—this is in English.
     - o Large accumulation of lipid nanoparticle-mRNA in ovaries (progressively accumulates) up to 48 hours (beyond 48 hours not reported).
     - o While injection site concentration peaks and decreases, many organs show progressive increase up to 48 hours (not followed beyond this).
     - o We do not understand the clinical implications and long-term consequences of this.  It needs to be investigated.

---

[39] Lei Y, Zhang J, Schiavon CR, He M, et al.  SARS-CoV-2 Spike Protein Impairs Endothelial Function via Downregulation of ACE 2. Circulation Research. 2021;128:1323–1326, 31 Mar 2021.
[40] https://www.pmda.go.jp/drugs/2021/P20210212001/672212000_30300AMX00231_I100_I.pdf

**2.6.5.5B. PHARMACOKINETICS: ORGAN DISTRIBUTION CONTINUED**

Test Article: [3H]-Labelled LNP-mRNA formulation containing ALC-0315 and ALC-0159
Report Number: 185350

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Species (Strain): | Rat (Wistar Han) |
| Sex/Number of Animals: | Male and female/3 animals/sex/timepoint (21 animals/sex total for the 50 µg dose) |
| Feeding Condition: | Fed ad libitum |
| Method of Administration: | Intramuscular injection |
| Dose: | 50 µg [3H]-08-A01-C0 (lot # NC-0552-1) |
| Number of Doses: | 1 |
| Detection: | Radioactivity quantitation using liquid scintillation counting |
| Sampling Time (hour): | 0.25, 1, 2, 4, 8, 24, and 48 hours post-injection |

| Sample | Mean total lipid concentration (µg lipid equivalent/g [or mL) (males and females combined) | | | | | | | % of administered dose (males and females combined) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0.25 h | 1 h | 2 h | 4 h | 8 h | 24 h | 48 h | 0.25 h | 1 h | 2 h | 4 h | 8 h | 24 h | 48 h |
| Adipose tissue | 0.057 | 0.100 | 0.126 | 0.128 | 0.093 | 0.084 | 0.181 | -- | -- | -- | -- | -- | -- | -- |
| Adrenal glands | 0.271 | 1.48 | 2.72 | 2.89 | 6.80 | 13.8 | 18.2 | 0.001 | 0.007 | 0.010 | 0.015 | 0.035 | 0.066 | 0.106 |
| Bladder | 0.041 | 0.130 | 0.146 | 0.167 | 0.148 | 0.247 | 0.365 | 0.000 | 0.001 | 0.001 | 0.001 | 0.001 | 0.002 | 0.002 |
| Bone (femur) | 0.091 | 0.195 | 0.266 | 0.276 | 0.340 | 0.342 | 0.687 | -- | -- | -- | -- | -- | -- | -- |
| Bone marrow (femur) | 0.479 | 0.960 | 1.24 | 1.24 | 1.84 | 2.49 | 3.77 | -- | -- | -- | -- | -- | -- | -- |
| Brain | 0.045 | 0.100 | 0.138 | 0.115 | 0.073 | 0.069 | 0.068 | 0.007 | 0.013 | 0.020 | 0.016 | 0.011 | 0.010 | 0.009 |
| Eyes | 0.010 | 0.035 | 0.052 | 0.067 | 0.059 | 0.091 | 0.112 | 0.000 | 0.001 | 0.001 | 0.002 | 0.002 | 0.002 | 0.003 |
| Heart | 0.282 | 1.03 | 1.40 | 0.987 | 0.790 | 0.451 | 0.546 | 0.018 | 0.056 | 0.084 | 0.060 | 0.042 | 0.027 | 0.030 |
| Injection site | 128 | 394 | 311 | 338 | 213 | 195 | 165 | 19.9 | 52.6 | 31.6 | 28.4 | 21.9 | 29.1 | 24.6 |
| Kidneys | 0.391 | 1.16 | 2.05 | 0.924 | 0.590 | 0.426 | 0.425 | 0.050 | 0.124 | 0.211 | 0.109 | 0.075 | 0.054 | 0.057 |
| Large intestine | 0.013 | 0.048 | 0.093 | 0.287 | 0.649 | 1.10 | 1.34 | 0.008 | 0.025 | 0.065 | 0.192 | 0.405 | 0.692 | 0.762 |
| Liver | 0.737 | 4.63 | 11.0 | 16.5 | 26.5 | 19.2 | 24.3 | 0.602 | 2.87 | 7.33 | 11.9 | 18.1 | 15.4 | 16.2 |
| Lung | 0.492 | 1.21 | 1.83 | 1.50 | 1.15 | 1.04 | 1.09 | 0.052 | 0.101 | 0.178 | 0.169 | 0.122 | 0.101 | 0.101 |

**2.6.5.5B. PHARMACOKINETICS: ORGAN DISTRIBUTION CONTINUED**

Test Article: [3H]-Labelled LNP-mRNA formulation containing ALC-0315 and ALC-0159
Report Number: 185350

| Sample | Total Lipid concentration (µg lipid equivalent/g [or mL]) (males and females combined) | | | | | | | % of Administered Dose (males and females combined) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0.25 h | 1 h | 2 h | 4 h | 8 h | 24 h | 48 h | 0.25 h | 1 h | 2 h | 4 h | 8 h | 24 h | 48 h |
| Lymph node (mandibular) | 0.064 | 0.189 | 0.290 | 0.408 | 0.534 | 0.554 | 0.727 | -- | -- | -- | -- | -- | -- | -- |
| Lymph node (mesenteric) | 0.050 | 0.146 | 0.530 | 0.489 | 0.689 | 0.985 | 1.37 | -- | -- | -- | -- | -- | -- | -- |
| Muscle | 0.021 | 0.061 | 0.084 | 0.103 | 0.096 | 0.095 | 0.192 | -- | -- | -- | -- | -- | -- | -- |
| Ovaries (females) | 0.104 | 1.34 | 1.64 | 2.34 | 3.09 | 5.24 | 12.3 | 0.001 | 0.009 | 0.008 | 0.016 | 0.025 | 0.037 | 0.095 |
| Pancreas | 0.081 | 0.207 | 0.414 | 0.380 | 0.294 | 0.358 | 0.599 | 0.003 | 0.007 | 0.014 | 0.015 | 0.015 | 0.011 | 0.019 |
| Pituitary gland | 0.339 | 0.645 | 0.868 | 0.854 | 0.405 | 0.478 | 0.694 | 0.000 | 0.001 | 0.001 | 0.001 | 0.000 | 0.000 | 0.001 |
| Prostate (males) | 0.061 | 0.091 | 0.128 | 0.157 | 0.150 | 0.183 | 0.170 | 0.001 | 0.001 | 0.002 | 0.003 | 0.003 | 0.004 | 0.003 |
| Salivary glands | 0.084 | 0.193 | 0.255 | 0.220 | 0.135 | 0.170 | 0.264 | 0.003 | 0.007 | 0.008 | 0.008 | 0.005 | 0.006 | 0.009 |
| Skin | 0.013 | 0.208 | 0.159 | 0.145 | 0.119 | 0.157 | 0.253 | -- | -- | -- | -- | -- | -- | -- |
| Small intestine | 0.030 | 0.221 | 0.476 | 0.879 | 1.28 | 1.30 | 1.47 | 0.024 | 0.130 | 0.319 | 0.543 | 0.776 | 0.906 | 0.835 |
| Spinal cord | 0.043 | 0.097 | 0.169 | 0.250 | 0.106 | 0.085 | 0.112 | 0.001 | 0.002 | 0.002 | 0.003 | 0.001 | 0.001 | 0.001 |
| Spleen | 0.334 | 2.47 | 7.73 | 10.3 | 22.1 | 20.1 | 23.4 | 0.013 | 0.093 | 0.325 | 0.385 | 0.982 | 0.821 | 1.03 |
| Stomach | 0.017 | 0.065 | 0.115 | 0.144 | 0.268 | 0.152 | 0.215 | 0.006 | 0.019 | 0.034 | 0.030 | 0.040 | 0.037 | 0.039 |
| Testes (males) | 0.031 | 0.042 | 0.079 | 0.129 | 0.146 | 0.304 | 0.320 | 0.007 | 0.010 | 0.017 | 0.030 | 0.034 | 0.074 | 0.074 |
| Thymus | 0.088 | 0.243 | 0.340 | 0.335 | 0.196 | 0.207 | 0.331 | 0.004 | 0.007 | 0.010 | 0.012 | 0.008 | 0.007 | 0.008 |
| Thyroid | 0.155 | 0.536 | 0.842 | 0.851 | 0.544 | 0.578 | 1.00 | 0.000 | 0.001 | 0.001 | 0.001 | 0.001 | 0.001 | 0.001 |
| Uterus (females) | 0.043 | 0.203 | 0.305 | 0.140 | 0.287 | 0.289 | 0.456 | 0.002 | 0.011 | 0.015 | 0.008 | 0.016 | 0.018 | 0.022 |
| Whole blood | 1.97 | 4.37 | 5.40 | 3.05 | 1.31 | 0.909 | 0.420 | -- | -- | -- | -- | -- | -- | -- |
| Plasma | 3.97 | 8.13 | 8.90 | 6.50 | 2.36 | 1.78 | 0.805 | -- | -- | -- | -- | -- | -- | -- |
| Blood:Plasma ratio* | 0.815 | 0.515 | 0.550 | 0.510 | 0.555 | 0.530 | 0.540 | -- | -- | -- | -- | -- | -- | -- |

- Moderna study from 2017 states a lipid nanoparticle (LNP)-formulated, modified mRNA vaccine inoculation doesn't stay at injection site in mice, but spreads throughout body. Crosses blood brain barrier, etc.[41]
  o Ovaries not mentioned, but is seen in testes.

[41] Moderna mRNA Vaccine for Influenza Spreads Throughout Body. Molecular Therapy Vol. 25 No 6 June 2017
- Greatest in muscle then lymphatic system and spleen, as expected. Also seen in testes, ileum, bone marrow, lung. Trace amounts in brain. See Table 1.

**(3) Safety**
**(iii) There may be some homogeny of the Spike protein to native human tissue (ie: placental tissue), and antibodies created could potentially be a simultaneous target to placental tissue. This is an unknown—it has not been adequately studied.  However, there are several legitimate scientists that have put out a call to action to investigate this.  We do not know what we do not know.**

- In December 2020, Dr. Michael YEADON BSc, Former Vice President & Chief Scientific Officer Allergy & Respiratory at Pfizer Global R&D, and Professor and Dr. Wolfgang Wodarg filed a petition of concern to the Eurpeam Medicines Agency with some specific medical concerns about the vaccination.  One of those concerns is that there is a weak, but obvious (to expert reviewers) similarity of the coronavirus spike protein and a family of human proteins called syncytins in both primary amino acid sequence and their 3-dimensional structure.  The Syncytin family of proteins are considered critical for the formation and successful maintenance of the placenta. Therefore, no matter how weak the homology between spike protein and syncytins, the concern arose that, upon making a strong immune response to spike protein, some women might generate an immune response to their own placental proteins.  The clinical consequence of this upon fertility and gestation is unknown, and they have demanded this to be further studied.[42]

**(3) Safety**
**(iv) Numbers reported to VAERS are astonishing.  The numbers reported far surpass the adverse reactions reported for any other vaccine to-date.  The CDC admits they do not have the personnel nor updated technology to adequately follow-up and investigate these reports.** St. Elizabeth Healthcare/Physician's letter states: "The vaccines have been shown to be very effective and safe. Few adverse effects have been reported."
-Question:  How is the VAERS (Vaccine Adverse Event Reporting System) explained?

- VAERS COVID Vaccine Data through July 30,2021[43]:
- 545,337 Reports:
  - **12,366 Deaths**
  - 46,036 Hospitalizations
  - 68,040 Urgent Care visits
  - 92,527 Office Visits
  - 4,759 Anaphylaxis
  - 4,044 Bell's Palsy
  - 1,381 Miscarriages
  - 5,236 Heart Attacks
  - 3728 Myocarditis/Pericarditis
  - **14,251 Permanently Disabled**

---

[42] https://childrenshealthdefense.eu/eu-issues/covid-19-injections-dangerous-for-mothers-and-babies-building-up-in-ovaries-and-attacking-the-placenta-according-to-former-chief-scientist-of-pfizer-rd/
[43] https://www.openvaers.com/covid-data [Accessed 8/14/21]

- o 2,269 Thrombocytopenia / Low Platelet
- o **12,194 Life Threatening**
- o 23,354 Severe Allergic Reaction
- o 7,509 Shingles
- This is a passive reporting system, so the above numbers are a significant undercount of actual events.
-
- **\*\*Other than quoting the CDC's statements that the COVID-19 vaccines are "safe and effective," can St. Elizabeth reference any actual data to back up this statement of safety?**
- **\*\*What reports have been made and what data analysis has been released explaining the above VAERS numbers reported or any other post-marketing surveillance reports and analysis?**
- Comparing myopericarditis reports on VAERS 28 year time period (1990-2018) vs last 6 months (through 6/20/21): 705 reports in 28 years vs 1160 reports in 6 months.[44]

**(vi) Mechanism of action of adverse events is postulated to be related to Spike-protein's systemic and inflammatory effects and microthrombosis as is seen in COVID-19 disease combined with the distribution of the spike protein and/or antibodies generated throughout the body.**

- 100's of doctors and scientists across the globe have started an organization called "Doctors for COVID Ethics" and are demanding immediate withdrawal of COVID-19 in the absence of crucial safety data and due to the short and longer dangers being observed. They oppose vaccine passports, which place coercive pressure on citizens to submit to dangerous medical experimentation in return for freedoms that once were human rights and violate the Nuremberg Code and other protections.[45]

**(4) Widespread vaccination using a non-sterilizing vaccine (vs. targeted population to most vulnerable) during a widespread Pandemic may be contributing to the development of variants.**

There is concern among many scientists that wide-spread vaccination during a widespread pandemic is contributing to immune-escape and helping to select for the new variants.
- Ex: Israel: 81% of adult population fully vaccinated (& 59% of overall population), SARS-CoV-2 infections down to <20/day, lifted restrictions 6/1/21, claiming vaccination program "enormously successful," and Prime Minister touted, "Israel is the first country in the world to beat Corona. It's all thanks to our successful vaccination program."[46]

---

[44] Bostom, Andrew. Burgeoning Evidence of Myopericarditis After COVID-19 Vaccination in Young People: A Call For Acknowledgment, Pause, and Serious Study, 22 June 2021. https://rationalground.com/burgeoning-evidence-of-myopericarditis-after-covid-19-vaccination-in-young-people-a-call-for-acknowledgment-pause-and-serious-study/
[45] https://doctors4covidethics.org/letters/doctorsforcovidethics-letters/
[46] Mercola. "Highly Vaccinated Israel Has a Nagging Coronavius Problem." https://peckford42.wordpress.com/2021/07/18/highly-vaccinated-israel-has-a-nagging-coronavirus-problemanalysis-by-the-vaccine-reaction-story-at-a-glance-with-81-percent-of-israels-adult-population-fully-vaccinated-against-covid-19-and/

- o However, end of June, exponential spike in cases occured, and 6/27/21, restrictions re-imposed.  This is despite the lack of border crossings happening in Israel.
- o Initially 70% of these new cases were of the Delta variant of the virus.
- o Estimated that 40-50% of the new SARS-CoV-2 infections were in previously vaccinated.

This concept is akin to how bacterial antibiotic resistance is developed.  Individuals who do not complete antibiotic prescription as prescribed, but only partially treat the bacterial infection, the remaining bacteria "learn" how to evade that antibiotic, and antibiotic-resistant bacteria starts to be selected.

The following concepts are from Dr. Geert Vanden Bossche's writings and videos, which can be seen at: https://www.geertvandenbossche.org

Geert Vanden Bossche, DVM, PhD, "received his DVM from the University of Ghent, Belgium, and his PhD degree in Virology from the University of Hohenheim, Germany. He held adjunct faculty appointments at universities in Belgium and Germany. After his career in Academia, Geert joined several vaccine companies (GSK Biologicals, Novartis Vaccines, Solvay Biologicals) to serve various roles in vaccine R&D as well as in late vaccine development. Geert then moved on to join the Bill & Melinda Gates Foundation's Global Health Discovery team in Seattle (USA) as Senior Program Officer; he then worked with the Global Alliance for Vaccines and Immunization (GAVI) in Geneva as Senior Ebola Program Manager. At GAVI he tracked efforts to develop an Ebola vaccine. He also represented GAVI in fora with other partners, including WHO, to review progress on the fight against Ebola and to build plans for global pandemic preparedness. Back in 2015, Geert scrutinized and questioned the safety of the Ebola vaccine that was used in ring vaccination trials conducted by WHO in Guinea. His critical scientific analysis and report on the data published by WHO in the Lancet in 2015 was sent to all international health and regulatory authorities involved in the Ebola vaccination program. After working for GAVI, Geert joined the German Center for Infection Research in Cologne as Head of the Vaccine Development Office. He is at present primarily serving as a Biotech/ Vaccine consultant while also conducting his own research on Natural Killer cell-based vaccines."

**"Massive Population Vaccination during a pandemic of a widely-spread, highly mutable virus using a vaccine that does not sterilize the virus will cause more harm and MUST BE STOPPED. In these circumstances, VACCINATION is causing selection pressure leading to viral immune escape and is contributing to more and more virulent virus strains."** (Dr. Geert Vanden Bossche[47] (and below):

- ▪ On the surface, one might think that the more people are vaccinated, the fewer people will get infected, and thus less disease transmission.  To support this, one can cite that in recent months and weeks the vast majority of patients who have been hospitalized with

---

[47] https://www.geertvandenbossche.org/post/a-last-word-of-caution-to-all-those-pretending-the-covid-19-pandemic-is-toning-down Note: A copy of this letter has been sent to WHO, NIH, CDC, the Bill & Melinda Gates Foundation, GAVI, CEPI, FDA, EMEA and to R&D leaders from Pfizer, Moderna, Astra-Zeneca, J&J, Novavax and GSK

COVID-19 are those who are vaccinated.  Therefore, to end the pandemic, a large majority of the population needs to get vaccinated to prevent severe disease, prevent infection, and achieve herd-immunity.  However, this logic is flawed and misleading.

- INITIALLY you will see vaccinated individuals and naturally immune individuals (from prior infection) to better clinically with minimal to no clinical disease.
- However, the virus is NOT eradicated from the population as vaccination does not sterilize the virus and continues to circulate in the population.
- All the current vaccines and antibody-based prophylactics target the spike protein receptor-binding domain (RBD) of the SARS-CoV-2 virus.  This narrow focus is all directed at Specific immunity to the Spike protein, and very few mutations are required to decrease the affinity for Vaccinal Spike protein antibodies[48,49].   The virus learns in a short time (ie: 2 months or less) how to escape this specific target—"immune escape" of the virus.  "The more widely a single epitope is targeted by a biomedical intervention, and the more effective it is, the more rapidly it will generate resistance."[11]
   o Immune escape variants selected because of their capacity to overcome immune pressure have a higher level of infectiousness.
- This contrasts with the natural immunity that develops from natural infection: recovering infection develops nasal and respiratory mucosal response to prevent virus from entering the body (IgA, creates sterilizing immunity).  Natural infection also develops more broad immune targets on different aspects of virus proteome, ie: nucleocapsid "N" aspect as well as "S" portion of spike protein; elevated levels of polyreactive, natural viral infections.  More broad targets, less pressure to mutate/lose target.  Natural immunity (especially in younger population) develops both specific and broad immune targets[50]
   o Note, even the "S-specific" antibodies from natural infection actually have a broader and diversified target epitope compared to vaccination.
- High infectivity rates turn the non-vaccinated breeding ground for increasingly infections variants and transmission of these variants  =>
- Because of increased infectiousness & prevalence, viral infection & transmission rates rapidly increase and further erode natural immunity in previously asymptomatically infected individuals (starting with healthy, middle-aged adults and progressively younger and younger individuals).   =>

[48] Van Egeren D. Novokhodko A. Stoddard M. Tran U. Zetter B. Rogers M. et al. (2021) Risk of rapid evolutionary escape from biomedical interventions targeting SARS-CoV-2 spike protein. PLoS ONE 16(4): e0250780.  April 28, 2021.  https://doi.org/10.1371/journal.pone.0250780
   - Study from Harvard shows how targeting one main location (RBD of Spike protein) in context of high viral mutation rates and population pressure, vaccine resistance can develop quickly, even two months, too quickly for a booster to be effective.  Calls for diversified molecular targets and therapeutic modalities against SARS-CoV-2.
[49] Garcia-Beltran WF, Lam EC, St Denis K, Nitido AD, Garcia ZH, Hauser BM, Feldman J, Pavlovic MN, Gregory DJ, Poznansky MC, Sigal A, Schmidt AG, Iafrate AJ, Naranbhai V, Balazs AB.  Multiple SARS-CoV-2 variants escape neutralization by vaccine-induced humoral immunity.  Cell. 2021 Apr 29; 184(9): 2372–2383.e9.  https://doi.org/10.1016/j.cell.2021.03.013
[50] Rita Carsetti,a,b Concetta Quintarelli,c,d Isabella Quinti,e Eva Piano Mortari,a Alimuddin Zumla,g Giuseppe Ippolito,h and Franco Locatellic. The immune system of children: the key to understanding SARS-CoV-2 susceptibility? Lancet Child Adolesc Health. 2020 Jun; 4(6): 414–416. Published online 2020 May 6. https://doi.org/10.1016/S2352-4642(20)30135-8

- Increases S-directed immune selection pressure & drives natural selection & possible adaptation of more infectious variants.  =>
- High vaccine coverage rates turn exposed vaccination population to a brewery for more viral immune escaping viral variants.  =>
- When **variant viruses transmitted to vaccinees,** **more infectious variants will evolve**, further increasing resistance to and selection for the specific S-directed vaccinal antibodies, as this will have a competitive advantage in vaccinee, being able to reproduce more effectively.  =>
- Subsequent transmission of virus immune-escaping variants to non-vaccinated subjects will enable them to rapidly expand in prevalence & replace or dominate previously circulating variants.
- Mass vaccination on a background of enhanced viral infectiousness in a pandemic uses BOTH vaccinated and unvaccinated to speed-up natural selection and immune escape adaptation.  This leads to increasing Spike-related mutations with increasing inhibition of vaccine-mediated immunity.
- This is a problem of MASS VACCINATION—the combination of BOTH vaccinated and unvaccinated.
    - Even if everyone vaccinated, vaccines still breeding ground for the virus as it is not eliminated from replication and transmission.  Mass vaccination promotes asymptomatic spread of more infectious variants.
    - "Last but not least, it must be emphasized that those calling themselves 'experts' while pretending that this pandemic is 'a pandemic among the non-vaccinated' are devoid of any scientific insight in the evolutionary dynamics of Sars-CoV-2 as currently shaped by a combination of high viral infectivity and vaccine coverage rates. Neither the vaccinated (who merely believed the vaccine would protect them from Covid-19 disease) nor the non-vaccinated (who simply believe there is no need for them to take the vaccine in order to stay protected) are to be blamed for the escalation of this pandemic. Mass vaccination is the one and only culprit." -- Dr. Geert Vanden Bossche[10]
- Are there other scientists who have this concern?
    - "In this context, vaccines that do not provide sterilizing immunity (and therefore continue to permit transmission) will lead to the buildup of large standing populations of virus, greatly increasing the risk of immune escape"[11]
    - "Part of the consideration in determining containment measures is the rationale that vaccination will soon stop transmission and allow a return to normality. However, vaccines themselves represent a selection pressure for evolution of vaccine-resistant variants, so the coupling of a policy of permitting high levels of transmission/virus multiplication during vaccine roll-out with the expectation that vaccines will deal with the pandemic, is unrealistic."[51]

---

[51] Ruibang Luo, Agnès Delaunay-Moisan, Kenneth Timmis, Antoine Danchin.  SARS-CoV-2 biology and variants: anticipation of viral evolution and what needs to be done.  Environ Microbiol. 2021 May;23(5):2339-2363.  https://doi.org/10.1111/1462-2920.15487.

o  "Mutations affecting the antigenic phenotype of SARS-CoV-2 will enable variants to circumvent immunity conferred by natural infection or vaccination."[52]

**The ever-changing official narrative on Covid-19 vaccines[53]**

| Official statement/ claims on C-19 vaccine *effectiveness* | Right or wrong? | Supportive evidence |
|---|---|---|
| 1. C-19 vaccines provide strong protection against (severe) disease | Less and less the case; statement not yet revisited, though | More and more breakthrough cases of disease are being reported |
| 2. C-19 vaccines greatly reduces viral shedding and transmission; there is no need, therefore, to make vaccination mandatory | Wrong; statement had to be changed and vaccines now considered 'the only route to freedom' | It's now generally acknowledged that vaccinees can shed as much as nonvaccinated |
| 3. C-19 vaccines will control pandemic before end 2021; later on changed into 'end 2022' | Wrong; statement meanwhile changed into 'uncertain' | Each new immune escape variant that becomes dominant entails a new pandemic. Phylogenetics-based natural selection analysis clearly indicates faster evolutionary adaptation to rising population-level immune pressure on viral infectiousness (i.e., on spike protein). |
| 4. C-19 vaccines will generate HI upon vaccinating 65% of the population; later on changed into 70%, then 80%, then 90% and finally into *unlikely achievable* | Wrong; statements had to be changed | Major outbreaks in countries with full vaccination rates between 75-100% (e.g., Iceland, Gibraltar,...) show that HI is *not improbable but impossible* |
| 5. C-19 vaccines make masks for unvaccinated obsolete | Wrong; statement needed to be changed    Note: although claims on protection from transmission were abandoned, pressure on people to get the shot only increases | Clear evidence provided that also vaccinees can shed substantial amounts of virus.    Note: Official statistics on percentage of new variants (i.e., carrying new escape mutations) shed by vaccinees as compared to unvaccinated subjects are missing! |
| 6. Seasonal updates of C-19 vaccines will keep pandemic under control and allow to return to a normal life | Scientifically implausible but proposals for seasonal update already on the table | Breakthrough cases and disease (ADE?) already reported in first re-vaccinated cohort in Israel |

**Prospected effect from C-19 vaccines according to vaccine manufacturers and Public Health authorities as compared to science-based expectations (i.e., taking into account the impact of mass vaccination on the evolutionary dynamics of the pandemic). Deviations from commercial**

[52] William T. Harvey, Alessandro M. Carabelli, Ben Jackson, Ravindra K. Gupta, et al.  SARS-CoV-2 variants, spike mutations and immune escape.  Nat Rev Microbiol. 2021 Jul;19(7):409-424.  doi: 10.1038/s41579-021-00573-0.
[53] Bossche, Geert Vanden (blog post). C-19 Pandemia: Quo vadis, homo sapiens? https://www.geertvandenbossche.org/post/c-19-pandemia-quo-vadis-homo-sapiens

and PH expectations are highlighted in red.[34]

| Commercial and Public Health expectations for C-19 Vaccines | Science-based expectations for C-19 vaccines (when deployed for mass vaccination during a pandemic) |
|---|---|
| 1. Protection against disease and diminished viral shedding/ transmission; mass vaccination synergizes with naturally acquired immunity to build robust HI<br><br>↓ 2. Same target product profile maintained through seasonal, variant-matching vaccination | 1. Protection against disease[18] and selection of new, more infectious immune escape variants in vaccinees; asymptomatic shedding by vaccinees prevents HI<br><br>↓ 2. Increased shedding of new, more infectious immune escape variants in vaccinees<br><br>↓ 3. Promoting dominant expansion of new, more infectious immune escape variants ('viral adaptation')<br><br>↓ 4. Diminishing protection against disease, ultimately resulting in higher morbidity and mortality rates than in the unvaccinated<br><br>↓ 5. Promoting dominant expansion of variants harboring new, *neutralization escape* mutations (as, for example, found in lambda variant), resulting in a further increase in morbidity (including ADE?) and mortality rates in vaccinees |

**(5) Limited data on risk-benefit analysis in general and in mid-age, younger, low-risk adults.**
- Absolute risk reduction is not discussed, but this is the more relevant, clinical information. This is the difference between the attack rates with and without the vaccine within the population.
  - Relative Risk Reduction (RRR) considers only participants who could benefit from the vaccine.
  - ARR (and NNV—number need to vaccinate to prevent 1 disease occurrence) are sensitive to background risk—the higher the risk, the higher the effectiveness
  - When reporting only RRR and omitting ARR, reporting bias is present.
- Looking at Pfizer data, reported Relative Risk reduction stated that the vaccine was 95% effective at preventing COVID-19 (note: only to the 2-month mark; only followed for 2 months):
  - They analyzed 160 vaccinated patients—8 of which got infection vs 160 in the placebo arm who got the infection.
  - Math: 8 COVID vax/160 COVID unvax= 0.05% Relative Risk for COVID-19 among vaccinated. Thus, "95% effective at preventing COVID-19."
- Example Pfizer Absolute Risk Reduction can be calculated as follows:
  - Among the 21,724 vaccinated individuals, only 8 were diagnosed with COVID-19. Incidence: 0.04% of vaccinated group got COVID-19.
  - Among the 21,724 placebo individuals, only 160 were diagnosed with COVID-19. Incidence: 0.8% of placebo group got COVID-19.
  - Absolute Risk Reduction: 0.8% placebo – 0.04% vaccinated group = 0.76%

- o **Absolute Risk Reduction with Pfizer's COVID-19 vaccination for getting COVID-19 only 0.76%.**
  - ▪ This obviously does not sound impressive and wouldn't garner much press and increase in shares being purchased.





Another source (Olliaro et al.) calculates the ARR and NNV (slightly different study population numbers used) [54]:

- ▪ ARR often ignored because they are less impressive.
  - o Moderna ARR is 1.2% and NNV is 81.

---

[54] Olliaro P, Torreele E, Vaillant M. COVID-19 vaccine efficacy and effectiveness—the elephant (not) in the room. *Lancet Microbe* 2021; published online April 20. https://doi.org/10.1016/S2666-5247(21)00069-0.

- o   Pfizer ARR is 0.84% and NNV is 119.
- o   J&J ARR is 1.19% and NNV is 84.

**(5) There are promising options for inexpensive, easily accessible treatment that can, and should, be initiated in the outpatient for early treatment and potentially prophylaxis.**

- ▪   Pfizer posted 7/28/21, "Alongside vaccines, success against #COVID19 will likely require #antiviral treatments for those who contract the virus. We've started a Phase 2/3 trial to evaluate a potential oral therapy that will enroll over 2,000 participants infected with SARS-CoV-2: on.pfizer.com/376FGpl " [they are looking at an IV and po protease inhibitors]

- -   In preparation of this document, I ran out of time to reference studies on this topic.
- -   For example, there is some promising data on Fluvoaxmine and Ivermectin, perhaps in combination with other mediations and vitamins.
- -   If not already in existence, <u>I would be willing to start or be a part of early treatment trials of our St. Elizabeth COVID-19 patients since this is a dire need in our community with this current pandemic</u>. I could start a "COVID Clinic" to treat patients soon after diagnosis.  Please let me know if this is something you could potentially support, and I can follow-up with specifics.
    - o   This would be greatly welcomed and eagerly applauded by the St. Elizabeth community.

**(6) No long-term (ie: 1-5 years) information on safety outcomes.**
- Cannot compare the mandating of these new COVID-19 vaccination to the mandating of influenza vaccination for healthcare employees.
- The influenza vaccination has been around since 1938 with wide-spread availability in 1945.
- Although always recommended to healthcare workers, locations did not start mandating vaccination until 2008-2009, after 63 years.  St. Elizabeth Healthcare only recently mandated influenza vaccination.
<u>- Mandating receipt of a vaccination that has been around 76 years for wide-spread use cannot be compared to a novel vaccination that has been around only less than 1 year, irrespective of FDA approval status.</u>

---

**II. Additional Questions:**
What is the end point we are looking for?
- -   Israel and UK had high % of their population vaccinated, and yet variants emerged and another wave of cases and hospitalizations.
- -   We will not be able to eradiate this virus with current technology/science.  This virus is going to be with us.

- The virus mutations being selected for are more and more infectious. We have not yet seen deleterious mutations of the virus being selected for (ie: less infectivity/virulence).
- Ending the pandemic will require long-lived immunity to SARS-CoV-2 (Cohen, et al.)

---

### III. Suggestions on How to Address Policy Change

**My Suggestions on how to graciously change this policy to where St. Elizabeth Healthcare and Physicians can be framed in a positive, admirable light:**

- State that decided to change the policy based on recent scientific information that emerged after the mandate announcement.
    - St. Elizabeth prides itself as being up-to-date and on the most recent, best science. And as leaders who respect scientific discovery, we have the humility to pivot when necessary.
    - St. Elizabeth prides itself in being a leader of Healthcare in the region. Proud to set the example for other hospitals to potentially follow.
- Acknowledge the success the vaccine has had to-date. Although there have been breakthrough cases of COVID-19 in vaccinated patients, they represent a small minority of hospitalized patients. This is a great success.
- Desire behind the policy was to create a safe environment for patients and other employees by preventing the spread of SARS-CoV-2 to patients and staff. However, recent data has emerged demonstrating that despite vaccination, for the delta variant, vaccinated and unvaccinated people are able to contract and carry the virus, even unknowingly, to others.
- Since this vaccine does not appear to have a community protection as was once believed and understood, St. Elizabeth Healthcare/Physicians will no longer mandate vaccination for its employees and staff.
- As long as this pandemic is in play, we will continue to do universal masking, do health and temperature screenings, keep sick employees home, and do everything possible to ensure the optimal health for our patients, staff, and community.
- We will continue to educate our providers, nurses, staff, and volunteers on the positive aspects of the COVID-19 vaccines and the success we are seeing as a therapeutic in minimizing disease severity for the individual. We believe through continued education and demonstration of the benefits of the vaccine, transparency in hospitalized numbers re: vaccinated vs unvaccinated patients, more and more staff will elect to protect themselves and choose to get vaccinated as this pandemic continues.
- Again, we pride ourselves in being a leader in this region by "following the science" and acting accordingly. We love our St. Elizabeth employees and patients and want to continue to act in such a way that demonstrates this honor and care.

~~~~~~~~~~~~~~

You could end here. However, I would encourage you to also consider adding the following below. This would be a fantastic PR opportunity to cast St. Elizabeth in a very favorable light and bring some positive attention to the institution (as well as actually being very beneficial to our patients and community):

- We are also going to be a leader in the area by being proactive in broadening our therapeutic options by aggressively pursuing additional early therapeutics as an outpatient (*beyond monoclonal antibody infusions... not discussed as much in this paper, there is some decreasing effectiveness b/c this also targets the S-protein, the same area mutations are occurring in the variants*).  In addition to outpatient infusions of monoclonal antibodies and Remdesivir, we will also employ protocols using oral medications and important vitamin supplements in the context of clinical investigation to minimize patients that present to the hospital.  We will also investigate prophylaxis options in our most vulnerable patients.
- Again, St. Elizabeth Healthcare system seeks to be a leader in the region by doing our part to successfully end this pandemic in an evidence-based, data-driven manner.  We hope other hospital systems follow us in suit.

I thank you for your time and your thoughtful consideration.  It takes humility to reconsider previous positions in light of new and emerging information.  I believe you desire to have Northern Kentucky's best interest in mind.

As a physician within St. Elizabeth Physicians, I consider it my professional duty to have this medical and scientific discussion, even though in the apparent quiet minority.  I, too, desire the best for our Northern Kentucky patients, community, and medical staff.  I have cited this document heavily to avoid being labeled and quickly dismissed as sharing "misinformation."  I would also like to clothe myself with humility and would be open to scientific discussion and considering alternative information.

Respectfully yours,


Amy J. DiChiara, MD
St. Elizabeth Physicians, Gastroenterology