# EXHIBIT 3

Forward #2.  No reply yet to this one.

**Subject:** Fwd: Follow-up from our Meeting

**From:** Amy DiChiara <Amy.DiChiara@stelizabeth.com>
**Sent:** Thursday, August 26, 2021 2:56 PM
**To:** Garren Colvin
**Subject:** Follow-up from our Meeting

Dear Garren,

Thank you for time in meeting with me this last week.  I wanted to follow up on a few things we discussed in our meeting about 1.5 week ago now.

1. I wanted to see when you plan on sending out the updated letter you mentioned.  When we spoke, you acknowledged the updated scientific information that the COVID-19 vaccinations do not prevent the vaccinated individual from carrying and transmitting the virus unintentionally to patients and other employees.  We discussed how the letter sent out to all St. Elizabeth Healthcare and Physician's employees states otherwise: "vaccines will provide strong protection against unintentionally carrying the virus to work and spreading it to patients and peers."  Since the stated reason for is no longer accurate, you mentioned your willingness to send a new, updated letter explaining your reasoning for still mandating the vaccine.
2. Have you put any more consideration on supporting the establishment of an outpatient COVID Clinic to allow early treatment of COVID beyond monoclonal antibody infusions to try to prevent hospitalization?  Unfortunately, the only thing being done currently is that patients are being told to quarantine, hydrate, and take ibuprofen or acetaminophen.  I suggest starting an outpatient treatment protocol based on positive studies suggesting benefit in the literature, and it can be conducted in a clinical-research manner: comparing treatment protocol arm to current standard of care.  I think the community would be very proud and happy to hear St. Elizabeth's interest in leading in the community in this way.  Again, I would be happy to be involved in this, and I could help recruit other docs to be involved with this as well.
3. I know you mentioned you look to the CDC for your recommendations and guidance.  Well, the CDC does not mandate vaccination for their employees, nor do they recommend mandates; therefore, neither should St. Elizabeth Healthcare/Physicians mandate their employees. "The federal government does not mandate (require) vaccination for people. Additionally, CDC does not maintain or monitor a person's vaccination records. Whether a state or local government or employer, for example, can require or mandate COVID-19 vaccination is matter of state or other applicable law."[1]
4. Any further thoughts after having had a chance to read my letter?

I thank you again for your time,

Amy DiChiara

---

[1] https://www.cdc.gov/coronavirus/2019-ncov/vaccines/facts.html



**Our Mission:**
As a Catholic healthcare ministry, we provide comprehensive and compassionate care that improves the health of the people we serve.

---

The information contained in this email message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any review, dissemination, distribution or copying is strictly prohibited. If you have received this email message in error, please notify the sender by reply email and delete the message and any attachments.



**Subject: Email re: FDA approval being misleading**

See attached. The outright misleading is disgusting.



## Fw: correction for letter

▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
Sat 8/28/2021 1:15 AM
To: Dustin and Amy DiChiara <dustinandamy@hotmail.com>

Here is my request for the honest correction.

----- Forwarded Message -----
From: ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊
To: garren.colvin@stelizabeth.com <garren.colvin@stelizabeth.com>; Robert.Prichard@stelizabeth.com <robert.prichard@stelizabeth.com>
Cc: Michele Kenner <michele.kenner@stelizabeth.com>
Sent: Saturday, August 28, 2021, 01:13:15 AM EDT
Subject: correction for letter

Garren and Bob,

I appreciate the letter that was sent earlier on Friday. I noticed a small but important typo that stated the Pfizer BioNTech vaccine has been FDA approved. The BioNTech vaccine has not been fully FDA approved and is still under EUA per the FDA letter (references below), but the new vaccine Comirnaty (same formulation, but legally distinct) has been FDA approved. I sent the email below to Michele Kenner on Wednesday to make sure our staff was properly informed. She did respond that she passed it along to our communication and leadership team. I just want to make sure our staff has the most accurate information as there is a lot of information out there. The correction of this letter with an explanation would be helpful to staff who are uncertain about the FDA approval. I have listed the references to make it easy to find the information. Does St. Elizabeth have Comirnaty vials available for staff? If not, do you know when they will become available for those awaiting the FDA approved vaccine? Thank you very much for looking into this and keeping us informed with the most up to date information. Please let me know if you have any questions.

Here is the FDA site with prescribing information, fact sheets, etc.
https://www.fda.gov/emergency-preparedness-and-response/coronavirus-disease-2019-covid-19/comirnaty-and-pfizer-biontech-covid-19-vaccine

Here is the letter of authorization dated 8/23. Please see footnote 8 on page 2 to note the difference.
https://www.fda.gov/media/150386/download

Here is a very helpful fact sheet for healthcare providers that points out the distinction of the EUA BioNTech and the FDA approved Comirnaty.
https://www.fda.gov/media/144413/download

Sincerely,



Michele,

In order to best inform our staff, it should be clarified in the next email that Comirnaty is the only FDA approved vaccine. All other labeled COVID vaccines do not have full FDA approval and are still under EUA. It is my hope our hospital system will have plenty of Comirnaty vials to offer our associates the fully approved FDA vaccine.  Thank you, and please let me know if you need any more information or resources.

Sincerely,



This email (and accompanying documents) contains protected health information that is privileged, confidential and/or otherwise exempt from and protected from disclosure under applicable laws, including the Health Insurance Portability and Accountability Act. The information contained in this email (and any accompanying documents) is intended only for the personal and confidential use of the intended recipient. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this information in error and that any review, dissemination, distribution, copying or action taken in reliance on the contents of this communication is strictly prohibited. If you have received this communication in error, please destroy it immediately.

**From:** Amy DiChiara <Amy.DiChiara@stelizabeth.com>
**Sent:** Friday, August 27, 2021 11:44 PM
**To:** Amy DiChiara <dustinandamy@hotmail.com>
**Subject:** Fwd: Follow-up from our meeting

---

**From:** Robert Prichard <Robert.Prichard@stelizabeth.com>
**Sent:** Friday, August 27, 2021 2:14 PM
**To:** Amy DiChiara
**Subject:** RE: Follow-up from our meeting

Amy,
Thank you for the follow up.
I did share your document with the SEP Board and with other physicians as well.
==Based upon current information, we do not plan to alter our approach at this time.== We will continue to monitor new developments as they occur.
I have not done any additional work on a covid clinic at this time. As I am sure you know, we have continued to expand our infusion services for monoclonal antibodies since there is good evidence it is an effective treatment at preventing serious illness and hospitalization.
Bob

**From:** Amy DiChiara <Amy.DiChiara@stelizabeth.com>
**Sent:** Thursday, August 26, 2021 3:02 PM
**To:** Robert Prichard <Robert.Prichard@stelizabeth.com>
**Subject:** Follow-up from our meeting

Dear Bob,

I wanted to follow-up from our meeting now 1.5 weeks ago where we discussed my concerns about the vaccine mandate imposed upon St. Elizabeth Healthcare and Physician employees.

Have you received any feedback from the physicians you sent my letter to? Do you have any additional responses after having had the opportunity to read my letter? Have you received any additional data you can share with me? In particular, I am interested in any data that has started analyzing the numerous VAERS reports of adverse advents related to the vaccine. I understand the system is passive and anyone can report, but I was hoping there would be some beginnings of analysis reported upon given the number of reports accumulated in the last 8 months. Have you seen any data addressing this? I was disappointed that this data was not presented nor commented upon (from what I can tell per my review) at the FDA hearing of Pfizer's vaccine.

My additional follow-up questions:
- Seeing that there is good scientific evidence for prior infection to COVID providing broad and long-lasting immunity, would you consider allowing exemptions for vaccination as other intuitions are doing?
    - I know you look to large regulatory intuitions for your recommendations. In their Scientific brief from May 10, 2021 entitled "COVID-19 natural immunity," the WHO analyzed the data available re: immunity given prior infection. They summarize many of the same studies I quoted in my letter to you. Their conclusion states, "Current evidence points to most individuals developing strong protective immune responses following natural infection with SARS-CoV-2. . . . recent evidence suggests that natural infection may provide similar protection against symptomatic disease as vaccination, at least for the available follow up period [of 8 months]."[1]

- Have you put any more consideration on supporting the establishment of an outpatient COVID Clinic to allow early treatment of COVID beyond monoclonal antibody infusions to try to prevent hospitalization? This could be done as a video visit primarily, but it could also have an in-person clinic presence as well. Unfortunately, the only thing being done currently is that patients are being told to quarantine, hydrate, and take ibuprofen or acetaminophen at home. I suggest starting an outpatient treatment protocol based on positive studies suggesting benefit in the literature, and it can be conducted in a clinical-research manner: comparing treatment protocol arm to current standard of care. I think the community would be very proud and happy to hear St. Elizabeth's interest in leading in the community in this way. Again, I would be happy to be involved in this, and I could help recruit other docs to be involved with this as well.

- Have you reconsidered the mandate since evidence has come out that the vaccine is primarily an individual therapeutic as it does not prevent the transmission of the virus? Vaccinated individuals can be transmitting the virus asymptomatically just as much as as unvaccinated individuals. And, perhaps the vaccinated will transmit the virus more because they may stay asymptomatic while carrying the virus, or as I have seen often over the last 2 months: the vaccinated individual minimizes their minor symptoms, continuing to work, only to finally test after 2-3 days, discovering they have COVID-19, and had been exposing their co-workers for a few days while actually symptomatic. In contrast, the unvaccinated person is more likely to have symptoms when infected with the virus and thus more likely to quarantine earlier in the disease time-line.
    - If you do not intend to change this mandate, will you at least be sending out updated communication indicating that the reason for the mandate is for individual benefit since new data reveals that the vaccine dose not "provide strong protection against unintentionally carrying the virus to work and spreading it to patients and peers" as was stated in the letter that was sent out?

I thank you, again, for your time and thoughtful considerations.

Amy DiChiara

[1] https://apps.who.int/iris/bitstream/handle/10665/341241/WHO-2019-nCoV-Sci-Brief-Natural-immunity-2021.1-eng.pdf?sequence=3&isAllowed=y



## Our Mission:

As a Catholic healthcare ministry, we provide comprehensive and compassionate care that improves the health of the people we serve.

## AIDET©:

Acknowledge | Introduce | Duration | Explain | Thank

**AIDET© is a registered trademark of Studer Group.**

St. Elizabeth will never use a link in email to ask for User ID(s), password(s), and/or Social Security number(s). In addition, St. Elizabeth will never request via a link within an email any HIPAA-type information regarding patients. If such a message is received, please immediately forward it to mail.admin@stelizabeth.com and promptly delete the original message.

The information contained in this email message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any review, dissemination, distribution or copying is strictly prohibited. If you have received this email message in error, please notify the sender by reply email and delete the message and any attachments.



Bonus email:

Info highlighting how mRNA vax goes to ovaries in high concentration. This is in my paper, but thought I'd send it separate b/c the reference is not as widely known, although you may have received it by now.

   * The pharmaceutical drug companies (Pfizer, Moderna, J&J) did not report any pharmacodynamic studies of these vaccines as not required for vaccines in the U.S. (although required for drug approval). The presumption is that the mRNA and proteins that are subsequently created stay at or near the injection site like has been thought to be the cause of other vaccines.
   * However, Japan demanded Pfizer to do pharmacodynamic studies in animals (mice, rats) prior to release in Japan.
      * FOIA request enabled acquisition of this (partially redacted) report.[1]
      * See table below and link for this report in Japanese. See page 7 and 8—this is in English.
      * Large accumulation of lipid nanoparticle-mRNA in ovaries (progressively accumulates) up to 48 hours (beyond 48 hours not reported).
      * While injection site concentration peaks and decreases, many organs show progressive increase up to 48 hours (not followed beyond this).

Feel free to share widely.

___

[1] https://www.pmda.go.jp/drugs/2021/P20210212001/672212000_30300AMX00231_I100_1.pdf