# EXHIBIT 4

**From:** Amy DiChiara <Amy.DiChiara@stelizabeth.com>
**Sent:** Sunday, September 5, 2021 10:10:55 AM
**To:** Garren Colvin <Garren.Colvin@stelizabeth.com>; Robert Prichard <Robert.Prichard@stelizabeth.com>
**Subject:** Letter of Apology

Please see attached.

**Amy J. DiChiara, MD**
St. Elizabeth Physicians Gastroenterology
Office:
651 Centre View Blvd.
Crestview Hills, KY 41017
(859) 331-6466

ASC:
340 Thomas More Pkwy
Crestview Hills, KY  41017



## Our Mission:
As a Catholic healthcare ministry, we provide comprehensive and compassionate care that improves the health of the people we serve.

## AIDET©:
Acknowledge | Introduce | Duration | Explain | Thank

**AIDET© is a registered trademark of Studer Group.**

St. Elizabeth will never use a link in email to ask for User ID(s), password(s), and/or Social Security number(s). In addition, St. Elizabeth will never request via a link within an email any HIPAA-type information regarding patients. If such a message is received, please immediately forward it to mail.admin@stelizabeth.com and promptly delete the original message.

The information contained in this email message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any review, dissemination, distribution or copying is strictly prohibited. If you have received this email message in error, please notify the sender by reply email and delete the message and any attachments.

## Amy J. DiChiara
10011 Meiman Drive  Union, KY  41091
(513) 316-0847   amy.dichiara@stelizabeth.com

Sunday, September 5, 2021

Mr. Garren Colvin
1 Medical Village Drive
Edgewood, KY  41017

Delivered via email
and First Class Mail

Dr. Robert Prichard
1 Medical Village Drive
Edgewood, KY  41017

Dear Mr. Garren Colvin and Dr. Robert Prichard,

As you are no doubt aware, Deters Law has filed a lawsuit against St. Elizabeth Healthcare along with lawsuits against other hospital systems in Greater Cincinnati.  The Complaint against St. Elizabeth Healthcare (with exhibits) was shared publicly via the Deters email list.  I was shocked and angered to learn that Deters Law had appended to its Complaint against St. Elizabeth Healthcare copies of documents that I shared <u>confidentially</u> with Mr. Deters, including private email exchanges you and I have had from previous weeks.  I am writing to communicate facts and intent regarding this matter.

First, please know that I did not authorize Deters Law to publicize those emails or any other documents that I had authored regarding the vaccines and/or the vaccination mandate issued by St. Elizabeth Healthcare.  I certainly did not approve their use as exhibits for a Complaint in a lawsuit. They were used against my explicitly stated desire for confidentiality.

Second, I want to reiterate what I had stated in email Wednesday, September 1st to you and the members of the Board.  Regarding the letter that multiple Providers in our system sent on Tuesday, August 30th to the Board and Executive team on the vaccine mandate: our group intended this communication to be a private, internal, and professional conversation

with the Board, allowing for an earnest dialogue around our concerns.  Mr. Deters has publicly stated that he obtained this letter from a board member.  I cannot be sure where he actually got this letter.  I want it to be clear to you that I did not send this signed letter to Deters, nor did I authorize, encourage, nor endorse its transmittance.

Third, I had obviously been in private communication with Deters (and other trusted friends elsewhere) as I navigated my personal thoughts about the disturbing conflict between what seems to be, on one hand, the "mandate" position of our local healthcare systems and, on the other hand, the opinions and reservations of so many doctors, scientists, and valued colleagues.  It was never my intent to seek litigation against St. Elizabeth Healthcare, and I never asked Deters Law to represent me, nor did I sign any affidavits for Deters Law.  Needless to say, I feel exploited by Eric Deters.  Rest assured that I will have no more communications with Deters Law except through legal counsel.

Finally, I apologize to you personally and to St. Elizabeth Healthcare that these events have occurred.  I deeply regret any personal embarrassment this may have caused you.  While remaining deeply troubled by what I consider to be a "mandate crisis" stacked on top of the COVID crisis, I am thankful to and greatly respect the both of you for the time you devoted to listening to me and responding to my concerns.


Sincerely,



Amy J. DiChiara