# EXHIBIT 5

**From:** Robert Prichard
**Sent:** Friday, September 10, 2021 3:11 PM
**To:** Amy DiChiara; Garren Colvin
**Subject:** RE: Letter of Apology

Thanks Amy,
I would like to receive those on Monday.
Bob

**From:** Amy DiChiara <Amy.DiChiara@stelizabeth.com>
**Sent:** Friday, September 10, 2021 12:37 PM
**To:** Robert Prichard <Robert.Prichard@stelizabeth.com>; Garren Colvin <Garren.Colvin@stelizabeth.com>
**Subject:** Re: Letter of Apology

Bob and Garren,

I unfortunately did not see your email until very late last night, and I had to leave to go out of town all day today. I am away from my computer all day, so I will need more time to respond adequately.

Amy

**From:** Robert Prichard <Robert.Prichard@stelizabeth.com>
**Sent:** Wednesday, September 8, 2021 11:34:39 AM
**To:** Amy DiChiara <Amy.DiChiara@stelizabeth.com>; Garren Colvin <Garren.Colvin@stelizabeth.com>
**Subject:** RE: Letter of Apology

Amy,
I received your email and I must say I am very disappointed and upset that you would share our private conversations and emails with Mr. Deters. I would like you to send me any and all communications and information you shared with Mr. Deters or anyone associated with Mr. Deters without redactions. Please send me the documents by end of day this Friday, September 10.
Bob

**From:** Amy DiChiara <Amy.DiChiara@stelizabeth.com>
**Sent:** Sunday, September 5, 2021 10:11 AM
**To:** Garren Colvin <Garren.Colvin@stelizabeth.com>; Robert Prichard <Robert.Prichard@stelizabeth.com>
**Subject:** Letter of Apology

Please see attached.

**Amy J. DiChiara, MD**
St. Elizabeth Physicians Gastroenterology
Office:
651 Centre View Blvd.
Crestview Hills, KY 41017
**(859) 331-6466**

1