IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| DR. AMY DICHIARA | : | |
| | : | |
| Plaintiff, | : | Case No. 2:22-cv-00111-WOB-EBA |
| | : | |
| v. | : | Judge William O. Bertelsman |
| | : | |
| SUMMIT MEDICAL GROUP, INC., et al. | : | |
| | : | |
| Defendants. | : | |

## **DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT**

Come now Defendants, Summit Medical Group, Inc. d/b/a St. Elizabeth Physicians and Saint Elizabeth Medical Center, Inc., by and through counsel, and hereby make the following disclosure pursuant to Fed. R. Civ. P. 7.1:

1. Defendants do not have any parent corporation(s).

2. No publicly held corporation owns 10% or more of Defendants' stock.

    Respectfully submitted,

    /s/ Mark D. Guilfoyle
    Mark D. Guilfoyle (KBA #27625)
    Nicholas C. Birkenhauer (KBA #91901)
    Michael J. Enzweiler (KBA #96989)
    DRESSMAN BENZINGER LAVELLE PSC
    109 East Fourth Street
    Covington, Kentucky 41011
    mguilfoyle@dbllaw.com
    nbirkenhauer@dbllaw.com
    menzweiler@dbllaw.com
    (859) 341-1881 (T)
    (859) 341-1469 (F)
    *Counsel for Defendants*

## CERTIFICATE OF SERVICE

  I certify that on the 26th day of September 2022, the foregoing Disclosure Statement was filed with the Court's electronic filing system and served via regular mail and electronic mail upon the following:

Christopher Wiest, Esq.
CHRIS WIEST, ATTY AT LAW, PLLC
25 Town Center Blvd., Suite 104
Crestview Hills, Kentucky 41017
(513) 257-1895 (T)
(859) 495-0803 (F)
chris@cwiestlaw.com
*Counsel for Plaintiff*

Thomas B. Bruns, Esq.
BRUNS, CONNELL, VOLLMER, ARMSTRONG
4555 Lake Forrest Drive, Suite 330
Cincinnati, Ohio 45242
(513) 312-9890 (T)
tbruns@bcvalaw.com
*Counsel for Plaintiff*

       /s/ Mark D. Guilfoyle
       Mark D. Guilfoyle (KBA #27625)

1083648.1