**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON**

CASE NO. 22-CV-111 (WOB-EBA)

DR. AMY DICHIARA                                          PLAINTIFF

V.                              <u>ORDER</u>

SUMMIT MEDICAL GROUP,
INC., ET AL.                                          DEFENDANTS

All defendants in this matter having filed an answer to the complaint herein, and the Court being advised,

**IT IS ORDERED** that the parties shall confer no later than **October 7, 2022** to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Rule 26(a)(1), and to develop a proposed discovery plan. Such proposed plan shall be filed no later than **October 14, 2022.**

This 27th day of September 2022.



Signed By:

*<u>William O. Bertelsman</u>* WOB

**United States District Judge**