IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| DR. AMY DICHIARA | : | |
| | : | |
| Plaintiff, | : | Case No. 2:22-cv-00111-WOB-EBA |
| | : | |
| v. | : | Judge William O. Bertelsman |
| | : | |
| SUMMIT MEDICAL GROUP, INC., et al. | : | |
| | : | |
| Defendants. | : | |

**<u>RULE 26(f) PROPOSED DISCOVERY PLAN</u>**

Come now the Plaintiff, Dr. Amy DiChiara, and the Defendants, Summit Medical Group, Inc. d/b/a St. Elizabeth Physicians; Saint Elizabeth Medical Center, Inc. d/b/a St. Elizabeth Healthcare; Dr. Robert Prichard; and Garren Colvin, by and through their respective counsel, and pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, hereby submit this Rule 26(f) proposed discovery plan.

1. The parties will exchange Rule 26(a)(1) initial disclosures on or before November 18, 2022.

2. The parties will complete written discovery, with the exception of expert discovery, by July 14, 2023.

3. The parties will complete the depositions of lay witnesses by October 30, 2023.

4. Plaintiff shall identify her primary experts and produce primary expert reports on or before November 30, 2023.

5. Defendants shall identify their primary experts and produce primary expert reports on or before December 31, 2023.

1

6.      All rebuttal experts and reports shall be identified and produced on or before January 31, 2024.

7.      The parties will complete expert discovery by March 29, 2024.

8.      The parties shall file any dispositive motions on or before May 31, 2024.

Respectfully and jointly submitted,

/s/ Mark D. Guilfoyle
Mark D. Guilfoyle (KBA #27625)
Nicholas C. Birkenhauer (KBA #91901)
Michael J. Enzweiler (KBA #96989)
DRESSMAN BENZINGER LAVELLE PSC
109 East Fourth Street
Covington, Kentucky 41011
mguilfoyle@dbllaw.com
nbirkenhauer@dbllaw.com
menzweiler@dbllaw.com
(859) 341-1881 (T)
(859) 341-1469 (F)
*Counsel for Defendants*

/s/Christopher Wiest
Christopher Wiest, Esq.
CHRIS WIEST, ATTY AT LAW, PLLC
25 Town Center Blvd., Suite 104
Crestview Hills, Kentucky 41017
(513) 257-1895 (T)
(859) 495-0803 (F)
chris@cwiestlaw.com

Thomas B. Bruns, Esq.
BRUNS, CONNELL, VOLLMER, ARMSTRONG
4555 Lake Forrest Drive, Suite 330
Cincinnati, Ohio 45242
(513) 312-9890 (T)
tbruns@bcvalaw.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served on all counsel of record through the Court's CM/ECF system this 11th day of October, 2022.

                                            /s/ Mark D. Guilfoyle
                                            Mark D. Guilfoyle

1085710.1