UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CIVIL ACTION NO. 2:22-CV-00111-WOB-EBA

DR. AMY DICHIARA,                                                                                                    PLAINTIFF,

V.                                                         **ORDER**

ST. ELIZABETH MEDICAL CENTER, INC., *et al.*,                                                    DEFENDANTS.

\*\*\* \*\*\* \*\*\* \*\*\*

The parties have filed an Agreed Protective Order which is designed to preserve the confidentiality of confidential, non-public, and/or sensitive documents and information, without infringing on the prosecution of the parties' claims. [R. 13]. The Court, being advised, **ACCEPTS** and **GRANTS** the terms or conditions the parties have outlined in the Order [R. 13]. Therefore, it shall be incorporated by reference herein and shall be entered as an attachment to this order with the following modifications:

1. Regarding Paragraph 8, and the filing of documents under seal, the parties shall comply with the requirements of LR 5.6;

2. Paragraph 12, regarding the return and/or destruction of subject documents after the conclusion of litigation SHALL NOT apply to the Court, its record, or court personnel; and

3. The Court MAY modify the order upon prior notice and adequate cause. In an event of a challenge, the parties' restricted designations are preliminary and NOT a judicial determination that any particular item is , in fact, protected from disclosure.

Signed January 24, 2023.

