IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| DR. AMY DICHIARA | : | |
| Plaintiff, | : | Case No. 2:22-cv-00111-WOB-EBA |
| v. | : | Judge William O. Bertelsman |
| SUMMIT MEDICAL GROUP, INC., et al.: | | |
| Defendants. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that Joseph M. Kramer of Dressman Benzinger LaVelle psc is hereby substituted for Michael J. Enzweiler as counsel for Defendants, Summit Medical Group, Inc. d/b/a St. Elizabeth Physicians, St. Elizabeth Medical Center, Inc. d/b/a St. Elizabeth Healthcare, Dr. Robert Prichard and Garren Colvin, in the above-captioned case. Mark D. Guilfoyle and Nicholas C. Birkenhauer will remain as counsel of record for Defendants. Please send all documents, pleadings, correspondence, and any and all communications circulated in this case to undersigned counsel at the address below.

Respectfully submitted,

/s/ Mark D. Guilfoyle
Mark D. Guilfoyle (#27625)
Nicholas C. Birkenhauer (#91901)
Joseph M. Kramer (#97505)
Dressman Benzinger LaVelle PSC
109 East Fourth Street
Covington, KY 41011
859-341-1881 (T)
859-788-2011 (F)
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Notice of Substitution of Counsel was served via the Court's electronic filing system and regular U.S. Mail on this 28th day of March, 2023, upon the following:

Christopher Wiest
CHRIS WIEST, ATTY AT LAW, PLLC
25 Town Center Blvd., Suite 104
Crestview Hills, Kentucky 41017
chris@cwiestlaw.com

Thomas B. Bruns, Esq.
BRUNS, CONNELL, VOLLMER, ARMSTRONG
4555 Lake Forrest Drive, Suite 330
Cincinnati, Ohio 45242
tbruns@bcvalaw.com

                                                  /s/ Mark D. Guilfoyle
                                                  Mark D. Guilfoyle

1194936v1