IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| DR. AMY DICHIARA | : | |
| Plaintiff, | : | Case No. 2:22-cv-00111-WOB-EBA |
| v. | : | Judge William O. Bertelsman |
| SUMMIT MEDICAL GROUP, INC., et al. | : | |
| Defendants. | : | |

## AGREED ORDER EXTENDING THE FACT DISCOVERY DEADLINE IN THIS MATTER

The parties, through their respective counsel, have undertaken efforts to schedule depositions but have run into scheduling difficulties. Thus, an extension of the fact discovery deadline is needed. By agreement of the parties, and order of the court, the existing fact discovery deadline is hereby extended to October 31, 2023.

IT IS SO ORDERED:

_____

Have seen and agree:

/s/Christopher Wiest                                                            /s/Nick Birkenhauer
Counsel for Plaintiff                                                              Counsel for Defendants

CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing upon all counsel of record, via CM/ECF, this 5 day of June, 2023.

/s/Christopher Wiest