UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CIVIL ACTION NO. 2:22-CV-00111-WOB-EBA

DR. AMY DICHIARA,                                                   PLAINTIFF,

V.                                        **ORDER**

SUMMIT MEDICAL GROUP, INC., *et al.*,                         DEFENDANTS.

\*\*\* \*\*\* \*\*\* \*\*\*

The parties filed a Proposed Agreed Order, requesting that the Court extend the fact discovery deadline to October 31, 2023. [R. 16]. As cause for the extension, the parties proffer that they have encountered difficulties scheduling certain depositions. Having fully considered the matter, and the Court being otherwise sufficiently advised,

IT IS ORDERED that the parties' Proposed Agreed Order [R. 16] is GRANTED, and the fact discovery deadline is extended to October 31, 2023.

Signed June 8, 2023.

Signed By:
*Edward B. Atkins*    *EBA*
**United States Magistrate Judge**