IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| DR. AMY DICHIARA | : | |
| Plaintiff, | : | Case No. 2:22-cv-00111-WOB-EBA |
| v. | : | Judge William O. Bertelsman |
| SUMMIT MEDICAL GROUP, INC., et al. | : | |
| Defendants. | : | |

### NOTICE OF DEPOSITION OF GARREN COLVIN

Please take notice and be advised that on Wednesday September 6, 2023, at the offices of Dressman Benzinger, 109 East Fourth Street, Covington, KY 41011, commencing at 9:00 a.m., Plaintiff, by counsel, will take the Deposition of Garren Colvin. The deposition shall be taken pursuant to Rule 30 of the Federal Rules of Civil Procedure before a notary public, shall be upon oral examination for all purposes permitted under the Federal Rules of Civil Procedure, and shall be recorded stenographically and by video.

Respectfully Submitted,

/s/Christopher Wiest
Christopher Wiest (KBA 90725)
25 Town Center Blvd, Ste. 104
Crestview Hills, KY 41017
513-257-1895 (v)
chris@cwiestlaw.com
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing upon counsel for the Defendants, this 15th day of June, 2023, via CM/ECF and electronic mail.

/s/Christopher Wiest
Christopher Wiest (KBA 90725)