UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY



Eastern District of Kentucky
**F I L E D**
Aug - 25 2023
Robert R. Carr
Clerk, U.S. District Court

In re:  REASSIGNMENT
OF PENDING CIVIL CASES

GENERAL ORDER NO. 23-16

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Upon agreement of the affected Judges, and in light of Senior United States District Judge William O. Bertelsman taking inactive status on September 1, 2023, it is hereby

**ORDERED** as follows:

1.   The following cases are **REASSIGNED** for all further proceedings as follows:

**To the Honorable Chief United States District Judge Danny C. Reeves:**

*Curtis v. Trivette, et al.*, 0: 22-CV-048

*Reed v. Campbell County, Kentucky, et al.*, 2: 20-CV-158

*Arlinghaus v. Campbell County Detention Center, et al.*, 2: 22-CV-012

*Rahtz v. Transit Authority of Northern Kentucky, et al.*, 2: 22-CV-064

*George v. Shaffer, et al.*, 2: 22-CV-100

*Vaughn v. Borderless Distribution, LLC*, 2: 22-CV-122

*Blanton v. Schenker, Inc.*, 2: 22-CV-154

*Williams v. Kenton County, Kentucky*, 2: 21-CV-080

**To the Honorable United States District Judge Karen K. Caldwell:**

*Quarles v. Reynolds, et al.*, 0: 22-CV-059

*D.S. v. Gallatin County Board of Education, et al.*, 2: 20-CV-167

*Ballard v. Cope, et al.*, 2: 22-CV-029

*Thistlethwaite v. Pace Air Freight Inc.*, 2: 22-CV-081

*Albakri v. STS Lab 2 LLC, et al.*, 2: 22-CV-101

*Camarca v. City of Covington, et al.*, 2: 22-CV-128

*Tabor v. Green*, 3: 22-CV-065

**To the Honorable United States District Judge David L. Bunning:**

*Sealed v. Sealed*, 2: 19-CV-008

*Thomas v. Southern Health Partners, Inc., et al.*, 2: 21-CV-012

*Caldwell v. KONI NA, LLC*, 2: 22-CV-032

*Colvin v. Kentucky CVS Pharmacy, LLC, et al.*, 2: 22-CV-082

*Dichiara v. Summit Medical Group, Inc., et al.*, 2: 22-CV-111

*Compton v. Ferguson*, 2: 22-CV-138

*Bostle v. Jabil, Inc.*, 2: 22-CV-005

**To the Honorable United States District Judge Gregory F. Van Tatenhove:**

*Shadd v. Daimler North America Corporation, et al.*, 2: 19-CV-095

*Austin v. The Standard Fire Insurance Company*, 2: 21-CV-129

*Smith v. Kuroki, et al.*, 2: 22-CV-037

*Sealed v. Sealed*, 2: 22-CV-083

*Shanks, et al. v. Rust, et al.*, 2: 22-CV-114

*Fotohaus, LLC v. Your Choice Wholesale LLC*, 2: 22-CV-144

*Johnson v. Speaks*, 6: 19-CV-290

**To the Honorable United States District Judge Claria Horn Boom:**

*Rumpke of Kentucky, Inc. v. Terracon Consultants, Inc.*, 2: 19-CV-182

*Hill v. Envoy Air Inc.*, 2: 22-CV-062

*Sadler v. Clifford, et al.*, 5: 22-CV-018

**To the Honorable United States District Judge Robert E. Wier:**

*Whalen v. The Pavilion at Kenton, et al.*, 2: 19-CV-103

*Oehler v. Eclipse Senior Living, Inc.*, 2: 21-CV-135

*Hankins v. McDonough*, 2: 22-CV-049

*Erskine v. Frisch's Restaurants, Inc., et al.*, 2: 22-CV-096

*Hignite v. Lowe's Home Centers, LLC*, 2: 22-CV-118

*Maddox v. Pike Electric, LLC*, 2: 22-CV-149

*Collins v. Johnson, et al.*, 6: 22-CV-077

2. Additional cases may be reassigned by subsequent orders of the Court.

3. The Clerk of the Court is directed to file this General Order in all affected cases listed above.

Dated: August 25, 2023.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky