# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF KENTUCKY – At Covington

| | | |
|---|---|---|
| **Dr. AMY DICHIARA** | : | Case No. 2:22-cv-00111 |
| Plaintiff | : | |
| v. | : | |
| **SUMMIT MEDICAL GROUP, INC., et. al.** | : | |
| Defendants | : | |

## ORDER GRANTING MOTION TO AMEND THE COMPLAINT

Plaintiff's Motion to Amend the Complaint is hereby GRANTED. The tendered Complaint is ordered to be filed.

IT IS SO ORDERED:

_____