UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CIVIL ACTION NO. 2:22-CV-00111-DLB-EBA

Dr. AMY DICHIARA,                                                                                   PLAINTIFF,

V.                                              **ORDER**

SUMMIT MEDICAL GROUP, INC., *et al.*,                                               DEFENDANTS.

*** *** *** ***

This matter is currently before the Court on the parties' Agreed Order Continuing Scheduling Order Pending Resolution of Plaintiff's Motion to Amend Complaint. [R. 26]. Plaintiff, Dr. Amy Dichiara, previously filed a Motion to Amend With Declaration of Christopher Wiest, Esq. to amend the Complaint in this case. [R. 25]. The parties' Agreed Order requests the Court to extend the current deadlines established under the current Scheduling Order [R. 12] to allow the parties additional time to conduct discovery following the resolution of Plaintiff's Motion to Amend. [R. 26]. Having reviewed the matter and being otherwise sufficiently advised,

IT IS ORDERED that Defendants shall file their Response to Plaintiff's Motion to Amend with Declaration of Christopher Wiest, Esq. [R. 25] on or by October 3, 2023. The Court will then issue a subsequent order on the parties' Agreed Order Continuing Scheduling Order Pending Resolution of Plaintiff's Motion to Amend Complaint. [R. 26].

Signed September 27, 2023.

