EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>473-2022-00055 |
|---|---|---|

_____ and EEOC
State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Amy DiChiara | (513) 316-0847 | 10/14/1980 |

Street Address: 10011 Meiman Drive, Union, KY 41091

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Summit Medical Group, Inc. d/b/a St. Elizabeth Physicians | 500+ | (800) 737-7900 |

Street Address: 1360 Dolwick Dr. Suite 105, Erlanger, KY 41018

US EEOC
Cincinnatti Area Office
Received 10/13/2021

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| St. Elizabeth Healthcare | 500+ | (859) 301-2000 |

Street Address: 1 Medical Village Dr, Edgewood, KY 41017

DISCRIMINATION BASED ON (Check appropriate box(es).)
☐ RACE  ☐ COLOR  ☐ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 8/1/2021    Latest: to present
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I have been employed with Summit Medical Group, Inc. d/b/a St. Elizabeth Physicians since approximately January 1, 2013.

In approximately August 5, 2021, St. Elizabeth Healthcare and St. Elizabeth Physicians (these entities are inter-related) implemented a mandatory vaccination policy related to COVID-19. I have a sincerely held religious belief concerning the vaccines that utilize aborted fetal cells in their development, testing, or production. On or about August 7, 2021, I began communicating with representatives of the law firm Deters & Associates, concerning the vaccination mandate, my religious beliefs, accommodations, and rights under Title VII. I also knew and understood that the firm was looking at pursuing a lawsuit in aid of those with disabilities (i.e. valid medical grounds that contraindicated the vaccine) and religious beliefs regarding the vaccine. Among other things, I provided the Deters firm documents related to the claims and my rights under Title VII.

Among other things, that firm filed a case for other employees (which sought class status for all employees) on or about August 23, 2021 in the Boone Circuit Court, styled Beckerich, et. al. v. Saint Elizabeth Medical Center, et. al., 21-CI-1023, which alleged, among other things, numerous allegations related to disabilities of employees and religious beliefs of employees, exemptions/reasonable accommodations, and the handling of same, arguably raising claims under the ADA and Title VII (see Para. 355, 379, 403, 420, 493, 502-516, 560, 568, 609). The filing of that case constituted protected activity under both the ADA and Title VII. That case was removed to federal court, as Beckerich, et. al. v. Saint Elizabeth Medical Center, et. al. Case No. 2:21-cv-00100, but dismissed on or about August 30, 2021. That case was then dismissed and refiled on September 3, 2021, as Beckerich, et. al. v. Saint Elizabeth Medical Center, et. al., Case No. 2:21-cv-00105, and at that time, certain of the documents I provided to the Deters firm were attached to the Complaint. The refiled Complaint specifically alleged claims under the ADA/Rehabilitation Act (Count 1, Para. 434-439), and Title VII (Count 2, Para. 440-447). Thereafter, St. Elizabeth Physicians, by and through its CEO, Mr. Robert Prichard (who should also be deemed a Responding Party) demanded I turn over privileged materials, and he and their legal counsel threatened my employment on several occasions. (cont'd next page).

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State or Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

Date _____ Charging Party Signature _____

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br><br>and EEOC |
|---|---|---|

State or local Agency, if any

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On September 13, 2021, I turned in a religious exemption to the vaccine mandate, citing my sincerely held religious beliefs above, and that request for the accommodation and exemption was approved on September 20, 2021. On October 4, 2021, mere days after submitting my request for an accommodation, I was terminated, and, upon information and belief, this termination was directed by Prichard along with representatives of St. Elizabeth Healthcare. First, the timing mere days after asserting my rights under Title VII for an accommodation, raises an inference that this request was a cause for the termination (and likely constitutes further retaliation in the exercise of rights under Title VII).

However, Prichard provided me a letter with their asserted grounds for termination. The specifically cited reason was for providing emails and materials to the law firm in question, which were used in furtherance of the law firm's lawsuits under Title VII and the ADA. Based on their reasons, set forth in the October 4, 2021 letter, this discharge was a discharge in retaliation of engaging in activities protected under both Title VII and the ADA.

This is an incredible admission by the Responding party of its Title VII retaliation under 42 U.S. Code § 2000e–3(a) ("It shall be unlawful employment practice for an employer to discriminate ... because he has opposed any practice made an unlawful employment practice by this subchapter, or because he ...assisted, or participated in any manner in an investigation, proceeding, or hearing under this subchapter). It is also an incredible admission by the Responding party of similar provisions that provide certain protections related to ADA retaliation under 42 U.S. Code 12203(a) and (b). The Sixth Circuit has held that this type of activity amounts to retaliation in violation of law. Niswander v. Cincinnati Ins. Co., 529 F.3d 714 (6th Cir. 2008).

All of the charged parties, including Summit Medical Group, Inc., St. Elizabeth Healthcare, and Robert Pritchard are responsible for these violations.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State or Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 10/8/2021        [signature]<br>Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)<br>10.8.2021   [signature] |

2

BEFORE THE EQUAL OPPORTUNITY COMMISSION

AMY DICHIARA

v.

SUMMIT MEDICAL GROUP, INC., et. al.

## COMPLAINANT'S DESIGNATION OF REPRESENTATIVE

The undersigned, Amy DiChiara, hereby designates Christopher Wiest, Esq., 25 Town Center Blvd, Ste. 104, Crestview Hills, KY 41017, as her representative in connection with her charges against Summit Medical Group, Inc., d/b/a St. Elizabeth Physicians and related parties.

Respectfully,

_/s/ Amy DiChiara_
Amy DiChiara
10011 Meiman Drive
Union, KY 41091
Complainant

_/s/ Christopher Wiest_
Christopher Wiest
25 Town Center Blvd, Ste. 104
Crestview Hills, KY 41017
513-257-1895
chris@cwiestlaw.com
Counsel for Complainant

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Cincinnati Area Office
550 Main Street, Suite 10-191
Cincinnati, OH 45202
(513) 914-6007
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 08/18/2022

**To:** Amy DiChiara
10011 Meiman Dr
Union, KY 41091

Charge No: 473-2022-00055

EEOC Representative and email:   Amy Trzop-Vos
Investigator
Amy.Trzop-Vos@eeoc.gov

### DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 473-2022-00055.

On behalf of the Commission,

Digitally Signed By: Michelle Eisele/atv
08/18/2022
Michelle Eisele
Indianapolis District Director

Cc:
Nicholas Birkenhauer
DBL Law
207 THOMAS MORE PKWY
Crestview Hills, KY 41017

Joseph Rectewnwald
1 Medical Village Dr
Edgewood, KY 41017

Christopher Wiest
Attorney
25 Town Center Blvd Ste 104
Crestview Hills, KY 41017

Please retain this notice for your records.