UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CIVIL ACTION NO. 2:22-CV-00111-DLB-EBA

DR. AMY DICHIARA,     PLAINTIFF,

V.     **ORDER**

SUMMIT MEDICAL GROUP, INC., *et al.*,     DEFENDANTS.

*** *** *** ***

This matter is currently before the Court on the Plaintiff's Unopposed Motion to Amend Complaint. [R. 40]. Plaintiff seeks to amend her Complaint to withdraw Count I against Defendants Prichard and Colvin and to withdraw Count III. [*Id.*]. Plaintiff has indicated that the Defendants do not oppose the motion. [*Id.*]. Accordingly, having reviewed the matter and being otherwise sufficiently advised,

IT IS ORDERED that Plaintiff's Unopposed Motion to Amend Complaint [R. 40] is GRANTED. Plaintiff's Count I as to Defendants Prichard and Colvin (leaving such claims pending against Summit Medical Group, Inc., d/b/a St. Elizabeth Physicians and St. Elizabeth Healthcare, Inc.) and Count III are deemed WITHDRAWN.

Signed August 23, 2024.



Signed By:
Edward B. Atkins   *EBA*
United States Magistrate Judge