Sunday, January 15, 2023 at 23:19:04 Eastern Standard Time

**Subject:** Re: MD from St. Elizabeth
**Date:** Saturday, August 7, 2021 at 10:56:14 AM Eastern Daylight Time
**From:** Eric Deters
**To:** Dustin and Amy DiChiara

**EXHIBIT 4**
da 6/23/23

I think it's great. I'll help you too. Formulating great plan. Back to you Monday. Appreciate this info.

Sent from my iPhone

> On Aug 7, 2021, at 10:51 AM, Dustin and Amy DiChiara <dustinandamy@hotmail.com> wrote:
>
> Hi Eric,
> I am a physician with St. Elizabeth Physicians who would like to decline the vaccine. Please keep me in on what you are planning, but I wanted to ask you some questions about my planned response to this vaccine mandate.
>
> My plan was to send a document to the two CEOs listing medical, scientific reasons with good references on concerns I have about the vaccine. It would be an appeal for them to reconsider their position and an appeal to the Hippocratic Oath to first do no harm. I plan on having in this document a statement at the beginning that this document does not reflect my personal beliefs re: my decision to self-vaccinate. I am wanting to send this document so that a a medical physician, I have at least done my part informing of my medical concerns re: this universal vaccine mandate policy.
>
> My plan was to send this letter before the end of this weekend and request a face to face meeting with Garren and Bob within three next 3-5 days.
>
> I have zero expectation that they will change their mind, but I will feel I have done my part informing them —I can feel good referencing that conversation. Also, I will be following Biblical wisdom to address the individual first if there is a conflict. If I can't win them over individually, then, I can feel more comfortable addressing them in a group-format with protests, petitions, etc.
>
> I then plan on sending after this meeting a notarized religious exemption request. This letter will reference nothing that I will have mentioned in my earlier communication. It would have zero medical or scientific statements of concern. I would instead focus on my deeply held religious conviction on not receiving the Covid vaccines because they have been developed using aborted fetal cell lines and to receive the vaccine would be sinful and complicit with abortion, something truly against my religious convictions. Oh, and other than the generic disclaimer I'd have at the beginning of my medical document, I do not plan on mentioning any religious concerns in that document. I also do not intend on starting my vaccine status nor personal decision re: vaccination in this scientific letter.
>
> What do you think about my approach and order of doing things? I am nervous that somehow my medical, scientific document I will send them, or eventual activism against this mandate would somehow disqualify in the committee's mind the legitimacy of my religious exemption request. I do believe all scenarios can exist simultaneously: medical and scientific concerns, protest re: political and policy decisions for the system, and I can still have true, sincere, personal convictions re: personal receipt of this vaccine.
>
> I also plan on meanwhile quietly getting lab work to assess my personal immunity to SARS Co-V2: antibody levels and Tcell immunity check. I will do all that I can do so that these results are not tied to the Epic medical care system and remains as my own private medical records. I do believe I have had COVID-19 (never tested

myself, but have significant clinical reason to be confident). Already having natural immunity is also a reason that I would like to decline the vaccine, however, I was not planning on mentioning that yet to them in my communications. I was planning on appealing to them in a generic way to allow exemptions for those with previous infection & reference scientific support for this request. While meanwhile gathering personal evidence of this myself to build my case if indeed I am fired.
>
> I am sure you are busy this weekend working on this case. But, I would love to hear your advice re: my planned approach. I know I am in a small minority among SEH physicians who have declined the vaccine. I do know a small handful (mostly those who are private practice and not directly employed, unfortunately) of docs that have concerns about the vaccine and would like to decline it at this time.
>
> I am sure this goes without saying, but please keep my name confidential at this time.
>
> Thank you,
> Amy DiChiara, MD
> St. Elizabeth Physicians, Gastroenterology
> 513-316-0847