Sep 13 2021 11:00AM HP Fax 8599181075    page 1

Amy DiChiara   ID# [REDACTED]    cell: 513-316-0847
9/3/21   amy.dichiara@stelizabeth.com

**St. Elizabeth PHYSICIANS | St. Elizabeth HEALTHCARE**

## COVID-19 Vaccination Religious Exemption Request

St. Elizabeth requires all associates, physicians and volunteers to be fully vaccinated against COVID-19. You have been given the opportunity to be vaccinated, however, you are choosing to request an exemption for a sincerely held religious belief. In the space below, please provide a personal statement detailing the religious basis for your vaccination objection, explaining why you are requesting this religious exemption, the religious principle(s) that guide your objections to COVID vaccination, and the religious basis that prohibits the COVID-19 vaccination. Please attach additional documentation if necessary. You may be asked to submit additional supporting documentation if needed.

> See attached documentation (2 pages)

**EXHIBIT 40**
da   6/23/23

Length of time you have practiced your religion, belief or observance preventing you from receiving the COVID-19 vaccination: **27 years**

Have you received immunizations in the past? **Yes** or No (circle one)

If yes to the previous question, please provide an explanation detailing any changes in your religion, belief or observance that have occurred since your last immunization, or the reason(s) that your religion, belief or observance prevents you from receiving the COVID-19 vaccine specifically:

By signing this form, I certify that the information I have provided in connection with this request is accurate and complete as of the date of submission. I understand this exemption may be revoked and I may be subject to disciplinary action if any of the information I provided in support of this exemption is false. I further acknowledge that if my request is approved, St. Elizabeth will engage in an interactive process with me to identify any potential reasonable accommodations which would not create an undue burden on St. Elizabeth's operations. Such accommodations might include, among others, requiring me to wear masks, requiring me to socially distance, reassigning me to other roles if doing so does not create an undue burden to St. Elizabeth's operations, and periodic testing of unvaccinated staff. I understand that if my request is not approved, I will be required to receive the COVID-19 vaccine as a condition of my continued employment.

Signature: _____    Name Printed: _____
Date of Submission: _____    Employee ID: _____
Phone Number: _____    Email: _____

For Internal use only
Reviewed by: _____    Date of Review: 9/17/21
[X] Approved   [ ] Denied

This form will be reviewed and if additional information is required you will be contacted. Please fax form to 859-301-5462.



Monday, September 13, 2021

Employee Health
375 Thomas More Pkwy, Ste 205
Crestview Hills, KY 41017

RE: COVID-19 Vaccination Religious Exemption Request:
    Amy DiChiara, MD  Emp ID#: [redacted]

To Whom It May Concern:

I am writing in response to the notice issued by St. Elizabeth Physicians and St. Elizabeth Healthcare on August 5, 2021 requiring all employees and associates to be vaccinated against COVID-19.

This letter is a request for reasonable accommodation of my religious beliefs by exempting me from the injection requirement. Employers must offer reasonable accommodations for religious beliefs under federal law; Title VII 42 U.S.C. § 2000(e). I also ask that this letter and request for religious exemption remain 100% confidential as the content of this letter are of an extremely personal nature. I fear a lack of understanding for my religious reasons for applying for religious exemption, and I fear discrimination and harassment if others know that I have not received the COVID-19 inoculation due to my strongly held religious belief if my exemption will be granted.

The currently available COVID-19 vaccinations are Pfizer-BioNTech, Moderna, and Johnson & Johnson's Janssen. The Pfizer Vaccine and Moderna Vaccine were both protein tested using the abortion-derived fetal cell line HEK-293 from 1973. Johnson & Johnson Vaccine uses retinal cells from a fetus that was aborted in 1985 and treated in a lab since called PER.C6.

It is my personal conviction that all human life is sacred and holy, even at the earliest stages in the womb. I became a Christian and follower of Jesus Christ at age 13, and by the abundant grace of the Holy Spirit working in me, I have been following God ever since. This journey of faith has led me often down paths that were not popular to others, but I have chosen the sometimes hard, "narrow path" choosing to care more about the approval of God rather than the approval of men (John 12:42-43). As a faithful Christian, my personal understanding of God's Truth, and therefore Truth for me, is outlined in the Holy Bible. It declares God's passionate care of human life at its earliest stages: "For You formed my inward parts; You



wove me in my mother's womb. I will give thanks to You, for I am fearfully and wonderfully made; Wonderful are Your works, And my soul knows it very well" (Psalms 139:13-14). God commands that, "You shall not murder" (Deuteronomy 5:17). It is my personal religious belief that abortion is murder.

It is my belief that if I receive any of these COVID-19 inoculations, I will be complicit in condoning abortion. No matter how noble or beneficial the purposes may seem, my conscious, formed in my Christian faith and personal relationship with God, will not allow me to be a part of this. "The faith that you have, keep between yourself and God. Blessed is the one who has no reason to pass judgment on himself for what he approves... For whatever does not proceed from faith is sin" (Romans 14:22-23). My religious belief compels me to walk by faith down the narrow path of which God wants me to trust Him by following in obedience and believing He is Mighty enough to rule over the outcomes of such faith.

Over this past year, I have grown in awareness regarding the creation and development of vaccines. I was shocked and dismayed when I discovered that vaccines I have received many, many years ago, Hepatitis A and rubella, were developed using aborted fetal cell lines. I am horrified that I grieved my God in my actions. I have asked my merciful, good God for forgiveness, and seek repentance to not make this mistake again.

Indeed, I see how I treat my body, what I do with it and what I put in it, as a way I personally worship God. "I appeal to you therefore, brothers, by the mercies of God, to present your bodies as a living sacrifice, holy and acceptable to God, which is your spiritual worship. Do not be conformed to this world, but be transformed by the renewal of your mind, that by testing you may discern what is the will of God, what is good and acceptable and perfect (Romans 12:1-2)."

These religious beliefs are my own. I do not look to an organized religion nor religious leader to confirm nor deny the validity of my religious conviction. In that receiving these inoculations would be a violation of my sincerely-held religious belief that opposes abortion and cannot condone any justification of its use, no matter how noble, of which I am religiously and morally bound, I submit this exemption for COVID-19 vaccination.

Sincerely,

Amy J. DiChiara, MD
St. Elizabeth Physicians Gastroenterology