IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| DR. AMY DICHIARA | : | |
| | : | |
| Plaintiff, | : | Case No. 2:22-cv-00111-DLB-EBA |
| | : | |
| v. | : | Judge David L. Bunning |
| | : | |
| SUMMIT MEDICAL GROUP, INC., et al. | : | |
| | : | |
| Defendants. | : | |

**ORDER EXCLUDING TESTIMONY
AND OPINIONS OF ROBB STOKAR, ESQ.**

Upon the motion of Defendants, pursuant to Rule 702 of the Federal Rules of Evidence and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), to exclude the opinions and testimony of Plaintiff's proffered expert witness, Robb Stokar, Esq.; and the Court in all respects being sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendants' Motion is **GRANTED**.

Dated this _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE

1524003.1