IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| DR. AMY DICHIARA | : | |
| | : | |
| Plaintiff, | : | Case No. 2:22-cv-00111-DLB |
| | : | |
| v. | : | Judge David L. Bunning |
| | : | |
| SUMMIT MEDICAL GROUP, INC., et al. | : | |
| | : | |
| Defendants. | : | |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff's Motion for Partial Summary Judgment, as to liability on certain claims against Summit Medical Group, Inc. d/b/a St. Elizabeth Physicians (hereinafter "SEP"), St. Elizabeth Medical Center, Inc. (hereinafter "SEH"), Dr. Robert Prichard ("Dr. Prichard") and Garen Colvin ("Colvin"). Specifically, Plaintiff seeks partial summary judgment as to liability on Count I (ADA and Title VII retaliation against Plaintiff by SEP and SEH); Count II (Ch. 344 retaliation and conspiracy against Plaintiff by SEP, SEH, Dr. Prichard and Colvin); Count IV (discharge of Plaintiff against public policy by SEP, SEH, Dr. Prichard and Colvin); Count V (breach of contract by SEP); Count VI (tortious interference by SEH and Colvin); and Count VII (declaratory relief as to the non-compete), is **GRANTED**.

Plaintiff has established that Defendants SEP and SEH are liable as a matter of law on Count I (ADA and Title VII retaliation); Plaintiff has established that Defendants SEP, SEH, Colvin and Prichard are liable as a matter of law on Count II (Ch. 344 retaliation and conspiracy); Plaintiff has established that Defendants SEP, SEH, Colvin and Prichard are liable on Count IV (discharge of Plaintiff against public policy); Plaintiff has established that Defendant SEP is liable on Count V (breach of contract); and Plaintiff has established that

Defendants SEH and Colvin are liable as a matter of law on Count VI (tortious interference). Plaintiff has also established that Defendant SEP improperly enforced and/or threatened to enforce the non-compete provision of its Agreement against her.

That will leave for trial determination the amount of compensatory damages, the propriety and amount of punitive damages, and front pay/reinstatement equitable remedy issues.

IT IS SO ORDERED:

_____