IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| DR. AMY DICHIARA : | |
| : | |
| Plaintiff, : | Case No. 2:22-cv-00111-DLB-EBA |
| : | |
| v. : | Judge David L. Bunning |
| : | |
| SUMMIT MEDICAL GROUP, INC., et al. : | |
| : | |
| Defendants. : | |

## DEFENDANTS' MOTION TO STRIKE
## DECLARATION OF ROBB STOKAR, ESQ.

Come now the Defendants, Summit Medical Group, Inc. d/b/a St. Elizabeth Physicians ("SEP"); Saint Elizabeth Medical Center, Inc. d/b/a St. Elizabeth Healthcare ("St. Elizabeth"); Dr. Robert Prichard; and Garren Colvin (collectively referred to as "Defendants"), by and through counsel, and hereby move the Court to strike the Declaration of Robb Stokar, Esq., attached to Plaintiff's Motion for Partial Summary Judgment as Exhibit 2, pursuant to Rule 702 of the Federal Rules of Evidence and *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993). A Memorandum in Support and a proposed Order granting Defendants' Motion are being submitted herewith.

Respectfully submitted,

/s/ Nicholas C. Birkenhauer
Mark D. Guilfoyle (KBA #27625)
Nicholas C. Birkenhauer (KBA #91901)
DRESSMAN BENZINGER LAVELLE PSC
109 East Fourth Street
Covington, Kentucky 41011
(859) 341-1881
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 27th day of September, 2024, via the Court's electronic filing system, upon the following:

Christopher Wiest
CHRIS WIEST, ATTY AT LAW, PLLC
25 Town Center Blvd., Suite 104
Crestview Hills, KY  41017
chris@cwiestlaw.com

Thomas B. Bruns, Esq.
BRUNS, CONNELL, VOLLMER, ARMSTRONG
4555 Lake Forrest Drive, Suite 330
Cincinnati, Ohio 45242
tbruns@bcvalaw.com

/s/ Nicholas C. Birkenhauer
Nicholas C. Birkenhauer

1525221.