IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| DR. AMY DICHIARA | : | |
| | : | |
| Plaintiff, | : | Case No. 2:22-cv-00111-DLB-EBA |
| | : | |
| v. | : | Judge David L. Bunning |
| | : | |
| SUMMIT MEDICAL GROUP, INC., et al. | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF**
**MOTION TO STRIKE DECLARATION OF ROBB STOKAR, ESQ.**

Come now the Defendants, Summit Medical Group, Inc. d/b/a St. Elizabeth Physicians ("SEP"); Saint Elizabeth Medical Center, Inc. d/b/a St. Elizabeth Healthcare ("St. Elizabeth"); Dr. Robert Prichard; and Garren Colvin (collectively referred to as "Defendants"), by and through counsel, and submit the following Memorandum in Support of their Motion to Strike Declaration of Robb Stokar, Esq.

On September 6, 2024, Plaintiff filed a motion for partial summary judgment in this matter. Attached to her motion was the Declaration of Robb Stokar, Esq., a licensed attorney whose practice focuses on plaintiff's side labor and employment law. On the same date, Defendants filed a motion to exclude the opinions and testimony of Mr. Stokar in this case based on a report in which he seeks to offer impermissible and improper legal conclusions in support of Plaintiff's claims.[1] (Doc. No. 51) These same legal conclusions are set forth in Mr. Stokar's Declaration, wherein he specifically opines that Plaintiff engaged in "protected activity" under Title VII of the

---

[1] The relevant facts and legal standards included in Defendants' motion, which support the exclusion of Mr. Stokar's opinions and testimony, are expressly incorporated herein by reference.

Civil Rights Act of 1967 ("Title VII") and the Americans with Disabilities Act ("ADA"). He thus concludes as follows:

> I have no difficulty in determining that Dr. DiChiara engaged in activity that is protected by both the opposition and participation clauses in Title VII and ADA anti-retaliation provisions.

(Doc. No. 53-2, ¶ 7)

As stated in Defendants' motion to exclude, the opinions that Mr. Stokar is attempting to offer are wholly improper. Indeed, it is well established that expert witnesses cannot offer legal opinions or conclusions based on the individual facts of a case. *See, e.g.*, *United States v. Gordon*, 493 Fed. Appx. 617, 627 (6th Cir. 2012) (internal citations omitted) ("Expert testimony on the law is excluded because the trial judge does not need the judgment of witnesses."); *Woods v. Lecureux*, 110 F.3d 1215, 1220 (6th Cir. 1997) ("[T]estimony offering nothing more than a legal conclusion – i.e., testimony that does little more than tell the jury what result to reach – is properly excludable under the Rules."); and *Bley v. Indep. Sch. Dist. No. 1-002 of Okla. Cnty.*, 2023 WL 3608909, *2 (W.D. Okla. May 9, 2023) (excluding proffered expert testimony of an attorney experienced in ADA and FMLA cases because the attorney expert was making impermissible and unreliable legal conclusions).

Mr. Stokar cannot be permitted, under the pretense of being a "legal expert," to usurp the role of the Court in determining the legal questions at issue in this case. Nor should Plaintiff be permitted to offer Mr. Stokar's legal conclusions to the jury, as those conclusions would "supplant, rather than assist, the jury's judgment" of the facts. *Bley*, 2023 WL 3608909, at *2. Defendants therefore respectfully request that the Court strike Mr. Stokar's Declaration.

Respectfully submitted,

/s/ Nicholas C. Birkenhauer
Mark D. Guilfoyle (KBA #27625)
Nicholas C. Birkenhauer (KBA #91901)
DRESSMAN BENZINGER LAVELLE PSC
109 East Fourth Street
Covington, Kentucky 41011
(859) 341-1881
*Counsel for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 27th day of September, 2024, via the Court's electronic filing system, upon the following:

Christopher Wiest
CHRIS WIEST, ATTY AT LAW, PLLC
25 Town Center Blvd., Suite 104
Crestview Hills, KY 41017
chris@cwiestlaw.com

Thomas B. Bruns, Esq.
BRUNS, CONNELL, VOLLMER, ARMSTRONG
4555 Lake Forrest Drive, Suite 330
Cincinnati, Ohio 45242
tbruns@bcvalaw.com

/s/ Nicholas C. Birkenhauer
Nicholas C. Birkenhauer

1531604.1