IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| DR. AMY DICHIARA | : | |
| | : | |
| Plaintiff, | : | Case No. 2:22-cv-00111-DLB-EBA |
| | : | |
| v. | : | Judge David L. Bunning |
| | : | |
| SUMMIT MEDICAL GROUP, INC., et al. | : | |
| | : | |
| Defendants. | : | |

**ORDER GRANTING MOTION TO**
**STRIKE DECLARATION OF ROBB STOKAR, ESQ.**

This matter is before the Court on Defendants' Motion to Strike the Declaration of Robb Stokar, Esq., attached to Plaintiff's Motion for Partial Summary Judgment (Doc No. 53), as Exhibit 2. The Court in all respects being sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendants' Motion is **GRANTED**. The Declaration of Robb Stokar, Esq., is hereby stricken from the record and will not be considered by the Court.

Dated this _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE

1531579.1