IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| DR. AMY DICHIARA | : | |
| Plaintiff, | : | Case No. 2:22-cv-00111-DLB |
| v. | : | Judge David L. Bunning |
| SUMMIT MEDICAL GROUP, INC., et al. | : | |
| Defendants. | : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLIES REGARDING PENDING MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff, through Counsel, requests a brief extension of time – seven more days – to file Replies in support of pending motions for summary judgment (both Plaintiff and Defendants have moved for summary judgment, Doc. 52; Doc. 53). Presently, the Replies are due on October 11, 2024. Plaintiff seeks to extend this deadline to October 18, 2024.

Driving this request is the press of other business: Mr. Wiest, who primarily is preparing the Reply in this matter, had a response due to a discretionary review motion in the Kentucky Supreme Court (filed October 2, 2024); and Reply Briefs due in in the Sixth Circuit in two appeals in the very near term.

Most significantly and primarily driving this request, are Mr. Wiest and Mr. Bruns have a Reply Brief due in the Sixth Circuit on an expedited election-related First Amendment Free Speech case in this Court on October 10, 2024, Case No. 24-5783. Given the exigencies in that case, and the fact that the panel has indicated that extensions in that matter are unlikely to be looked on favorably, the undersigned intend to make a timely filing. That Reply brief is to a brief filed today – necessitating a seven day turn-around time – and requiring significant effort over the next week.

1

Defendants do not oppose this brief request. A proposed order is tendered herewith.

Respectfully submitted,

/s/ Christopher Wiest_____     /s/Thomas Bruns_____
Christopher Wiest (KBA 90725)        Thomas Bruns (KBA 84985)
Chris Wiest, Atty at Law, PLLC       Bruns Connell Vollmar & Armstrong LLC
50 E. Rivercenter Blvd, Ste. 1280    4555 Lake Forest Drive, Ste. 330
Covington, KY 41011                  Cincinnati, OH 45242
513/257-1895 (c)                     513/312-9890 (v)
859/495-0803 (f)                     tbruns@bcvalaw.com
chris@cwiestlaw.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing by electronic mail this 3 day of October, 2024.

/s/ Christopher Wiest_____
Christopher Wiest (KBA 90725)