# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| DR. AMY DICHIARA | : |
| Plaintiff, | : Case No. 2:22-cv-00111-DLB |
| v. | : Judge David L. Bunning |
| SUMMIT MEDICAL GROUP, INC., et al. | : |
| Defendants. | : |

### ORDER GRANTIONG PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLIES REGARDING PENDING MOTIONS FOR SUMMARY JUDGMENT

Plaintiff's Motion for an extension of time to file Replies in support of pending motions for summary judgment (both Plaintiff and Defendants have moved for summary judgment, Doc. 52; Doc. 53), is GRANTED.

Such replies shall be filed on or before October 18, 2024.

IT IS SO ORDERED:

_____