**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 22-111-DLB-EBA**

**DR. AMY DICHIARA**                                                                                          **PLAINTIFF**

**v.**                                                              **ORDER**

**SUMMIT MEDICAL GROUP, INC., et al.**                                                       **DEFENDANT**

*****************

This matter is before the Court on the parties' Cross Motions for Summary Judgment. (Docs. # 52 and 53). Pursuant to Local Rule 7.1(f), Plaintiff requested oral argument on both Motions. (Docs # 58 and 66). The Court having concluded that oral argument on these pending motions would be helpful in adjudicating these matters, and being otherwise sufficiently advised,

**IT IS ORDERED** that an **Oral Argument** on the Cross–Motions for Summary Judgment (Docs. # 52 and 53) will be held on **Friday, March 7, 2025, at 1:00 p.m. in Covington**.

This 30th day of December 2024.



Signed By:
*David L. Bunning*  DB
United States District Judge

G:\Judge-DLB\DATA\ORDERS\Cov2022\22-111 Order Setting OA.Docx