IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | | |
|---|---|---|
| DR. AMY DICHIARA | : | |
| | : | |
| Plaintiff, | : | Case No. 2:22-cv-00111-DLB-EBA |
| | : | |
| v. | : | Judge David L. Bunning |
| | : | |
| SUMMIT MEDICAL GROUP, INC., et al. | : | |
| | : | |
| Defendants. | : | |

## **NOTICE OF SUBSTITUTION OF COUNSEL**

Please take notice that Michael J. Enzweiler of Dressman Benzinger LaVelle psc is hereby substituted for Joseph M. Kramer as counsel for the Defendants in this matter. Mark D. Guilfoyle and Nicholas C. Birkenhauer will remain as counsel of record as well. Please send all documents, pleadings, correspondence, and any and all communications circulated in this case to undersigned counsel at the addresses below.

Respectfully submitted,

/s/ Michael J. Enzweiler
Mark D. Guilfoyle (KBA #27625)
Nicholas C. Birkenhauer (KBA #91901)
Michael J. Enzweiler (KBA #96989)
DRESSMAN BENZINGER LAVELLE PSC
109 East Fourth Street
Covington, Kentucky 41011
(859) 341-1881
mguilfoyle@dbllaw.com
nbirkenhauer@dbllaw.com
menzweiler@dbllaw.com
*Counsel for Defendants*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 4th day of March, 2025, a copy of the foregoing was filed with the Court's electronic filing system, with electronic service upon the following:

| | |
|---|---|
| Christopher Wiest, Esq. | Thomas B. Bruns, Esq. |
| CHRIS WIEST, ATTY AT LAW, PLLC | BRUNS, CONNELL, VOLLMER, ARMSTRONG |
| 25 Town Center Blvd., Suite 104 | 4555 Lake Forrest Drive, Suite 330 |
| Crestview Hills, KY 41017 | Cincinnati, Ohio 45242 |
| chris@cwiestlaw.com | tbruns@bcvalaw.com |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |

      /s/ Michael J. Enzweiler
      Michael J. Enzweiler

3000209.1