UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
Civil Minutes-General

**Cov. Civ. 22-111-DLB-EBA**           AT **COVINGTON**                            **3/7/2025**

**Style: Dichiara v. Summit Medical Group, Inc. et al**

PRESENT: **HON. DAVID L. BUNNING, CHIEF JUDGE**

| **Taylor Boesch** | **Lisa Wiesman** |
|---|---|
| Deputy Clerk | Court Reporter |

| **Plaintiff** | **Attorneys** |
|---|---|
| Dr. Amy Dichiara | Christopher David Wiest |
|  | Thomas B. Bruns |

| **Defendant** | **Attorneys** |
|---|---|
| Summit Medical Group, Inc. | Michael Joseph Enzweiler |
| St. Elizabeth Medical Center, Inc. | Nicholas Charles Birkenhauer |
| Dr. Robert Prichard | "" |
| Garren Colvin | "" |

**PROCEEDINGS: MOTION HEARING/ ORAL ARGUMENT**

This matter was called for an oral argument hearing on the parties' Cross Motions for Summary Judgment (Docs. # 52 and 53). During the hearing, both sides presented oral arguments in support of their respective positions. After hearing from counsel, and the Court being sufficiently advised,

**IT IS ORDERED** as follows:

The parties' Cross Motions for Summary Judgment (Docs. # 52 and 53) are hereby **taken under advisement** pending a written decision.

USA/USPO/USM/COR

Initials of Deputy Clerk: **TDB**

TIC: 1 hr 26 mins.