**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

CIVIL ACTION NO. 22-111-DLB-EBA

DR. AMY DICHIARA                                                             PLAINTIFF

v.                                      **<u>JUDGMENT</u>**

SUMMIT MEDICAL GROUP, INC., et al.                      DEFENDANTS

*****************

Pursuant to the Memorandum Opinion and Order entered contemporaneously herewith, and Federal Rule of Civil Procedure 58(a),

**IT IS ORDERED and ADJUDGED** as follows:

(1) Defendants' Motion for Summary Judgment (Doc. # 52) is **GRANTED**;

(2) Plaintiff's Motion for Partial Summary Judgment (Doc. # 53) is **DENIED**;

(3) Judgment is entered on behalf of the Defendants; and

(4) This action is **STRICKEN** from the Court's active docket.

This is a final and appealable order and no just cause for delay exists.

This 23rd day of April, 2025.



Signed By:
David L. Bunning
Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\Cov2022\22-111 Judgment.docx