# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY – (Covington)

| | | |
|---|---|---|
| **AMY DICHIARA** | : | Case No.: 2:22-cv-00111-DLB-EBA |
| Plaintiff | : | |
| v. | : | |
| **SUMMIT MEDICAL GROUP, INC.,** et. al. | : | |
| | : | |
| Defendants | | |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff, Amy DiChiara (hereinafter "Plaintiff"), through Counsel, gives notice of her appeal of the final judgment (Doc. 73) and Opinion and Order (Doc. 72) of this Court, both entered April 23, 2025, to the United States Court of Appeals for the Sixth Circuit.

Respectfully submitted,

/s/ Christopher Wiest_____
Christopher Wiest (KBA 90725)
Chris Wiest, Atty at Law, PLLC
50 E. Rivercenter Blvd., Ste. 1280
Covington, KY 41011
513/257-1895 (c)
859/495-0803 (f)
chris@cwiestlaw.com

/s/Thomas B. Bruns
Thomas Bruns (KBA 84985)
Bruns, Connell, Vollmar & Armstrong, LLC
4555 Lake Forest Drive, Suite 330
Cincinnati, OH 45242
513-312-9890
tbruns@bcvalaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing by CM/ECF, this 28 day of April, 2025, which will cause a copy of the foregoing to be served upon all counsel this same date.

/s/ Christopher Wiest_____

1